UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| FROST SOLUTIONS, LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>PATRICK BAGLIEN, CHRISTOPHER LAREAU, and VUE ROBOTICS, LLC,<br><br>        Defendants. | Case No. 1:22-cv-00401-SE |

**NOTICE OF WITHDRAWAL OF BENJAMIN MORRELL ESQ.,
AS COUNSEL FOR PLAINTIFF FROST SOLUTIONS, LLC**

Pursuant to Local Rule 83.6(d), I, Benjamin Morrell, hereby notify the Court that I am withdrawing as counsel for Plaintiff Frost Solutions, LLC ("Frost"), in this case.

1. I am an attorney at the law firm of Taft Stettinius & Hollister ("Taft firm"), and appeared in this case *pro hac vice*. At this time, I am withdrawing my appearance on behalf of Frost.

2. Pursuant to LR 83.6(d), I advise the Court that Laura L. Carroll will continue to represent Frost in this action. Ms. Carroll is a member of this Court's bar.

3. In addition, two attorneys from the Taft firm, Todd Rowden and James Oakley, have recently been admitted *pro hac vice* in this case, and have entered their appearances on behalf of Frost.

4. As stated in the certificate of service, notice of my withdrawal will be served on the client, Frost, by and through Michael Kirsh and on defendants, by and through their counsel of record.

Respectfully submitted,

*/s/ Benjamin Morrell*
Benjamin Morrell
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive, Suite 2800
Chicago, IL  60601
Tel: (312) 527-4000
bmorrell@taftlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date, (i) I electronically served true copies of this Notice of Withdrawal on all counsel of record via the Court's CM/ECF system, pursuant to Fed. R. Civ. P. 5(b)(2)(E), and (ii) I served a true copy of this Notice of Withdrawal on Michael Kirsh, by electronic mail and U.S. first class mail.

Date:  February 5, 2024            */s/ Benjamin Morrell*
                                   Benjamin Morrell