**EXHIBIT 3**

Message

---

**From**: Christopher Lareau [clareau@frostcontrolsys.com]
**Sent**: 9/27/2021 9:01:22 PM
**To**: Tom Crotty [tom.crotty@outlook.com]; Victor Gill [victor.b.gill@gmail.com]; Bryan Ritchie [britchie@nd.edu]; mike4clover@outlook.com
**CC**: Patrick Baglien [pbaglien@frostcontrolsys.com]; Mario Bonardi [mbonardi@frostcontrolsys.com]
**Subject**: Resignation | Chris Lareau
**Attachments**: Chris Lareau Unpaid Commission.xlsx


Frost Technologies Board of Directors,

I've notified Mario and Patrick at today's leadership team meeting that I am resigning from my position as Vice President of Sales effective October 11, 2021. I've enjoyed my tenure at Frost and I'm very grateful to have been a part of such an incredible team. I'm proud of the sales organization that we've built and I'm confident the team will continue to execute and deliver on new opportunities following my departure. It is with a heavy heart that I make this decision and I hope to always be a part of the Frost family. I intend to complete a full handover of the opportunities I manage to Patrick, Cory, and the sales team before my last day.

At my departure, under my employment contract, I will have accrued three weeks of vacation and earned $14,539.50 of unpaid commission.

I wish you all the best and look forward to staying in touch – this decision is final and I would ask you to respect it accordingly.

Going forward I can be reached at lareau115@gmail.com or by phone at 978.604.1562.

Sincerely,

Chris


**Christopher Lareau**
VP Sales & Operations
Frost Technologies
P: 978.604.1562
www.frostcontrolsys.com

# This Document Only Produced Natively

CONFIDENTIAL

FROST_0028343