**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| FROST SOLUTIONS, LLC, | |
| Plaintiff, | |
| v. | Civ. Action No. 1:22-cv-00401-SE |
| PATRICK BAGLIEN, CHRISTOPHER LAREAU, and VUE ROBOTICS, LLC, | |
| Defendants. | |

**DECLARATION OF GINA M. McCREADIE IN SUPPORT OF DEFENDANT CHRISTOPHER LAREAU'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON ONE ASPECT OF COUNT III (BREACH OF SEPARATION AGREEMENT)**

I, Gina M. McCreadie, do hereby declare and state the following:

1.      This declaration is offered in support of *Defendant Christopher Lareau's Motion for Partial Summary Judgment on One Aspect of Count III (Breach of Separation Agreement)* and memorandum of law in support thereof (the "MOL") filed contemporaneously therewith.

2.      I am an attorney at Nixon Peabody LLP, Exchange Place, 53 State Street, Boston, Massachusetts 02109, and counsel for Defendant Christopher Lareau ("Lareau") in the above-captioned action.

3.      Attached hereto as Exhibit 1 is a true and correct copy of an email dated September 29, 2021 from ████████████████████████████████████████ ████████████████████████████████████████████████ ██████████ bearing production numbers Gallagher_0001860 – Gallagher_001875.

4.      Attached hereto as Exhibit 2 is a true and correct copy of a document entitled,

████████████████████████████████████████████████████████████████

████████, bearing productions FROST_0024481 – FROST_0024487.

5.      On or about October 18, 2023, Defendants put Plaintiff Frost Solutions, LLC

("Frost Solutions") on notice – with citations to supporting caselaw – that the non-compete

provision contained within Lareau's separation agreement is unenforceable as a matter of law

under Indiana law because Lareau never consented to assignment of that agreement to Frost

Solutions.

6.      As of the date of this declaration, Frost Solutions continues to pursue its Non-

Compete claim against Lareau.

I declare under penalty of perjury as provided by law that the statements contained in this

declaration are true and correct to the best of my knowledge and belief.


EXECUTED this 12th, day of March, 2024.


                                        _/s/ Gina M. McCreadie_____
                                            Gina M. McCreadie