UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Frost Solutions, LLC
Plaintiff(s)/United States

v.  Case No. 1:22-cv-00401-SE

Patrick Baglien, et al.
Defendant(s)

**NOTICE OF CONVENTIONAL FILING**

Please take notice that Defendant Christopher Lareau has conventionally filed the following attachment or exhibit: Exhibit 2 to the Declaration of Gina M. McCreadie.

This attachment or exhibit has not been filed electronically because:

This exhibit has been provisionally filed under seal in its entirety pursuant to Paragraph 6(b) of the Protective Order.

Date: March 12, 2024

/s/ Kierstan E. Schultz
Kierstan E. Schultz
N.H. Bar No. 20682
Nixon Peabody LLP
900 Elm Street, 14th Floor
Manchester, NH  03101
(603) 628-4031
kschultz@nixonpeabody.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing attachment/exhibit was conventionally served on the following persons on this date and in the manner specified herein:

by electronic mail, by agreement, on all registered ECF participants in this action.

Date: March 12, 2024

/s/ Kierstan E. Schultz
Kierstan E. Schultz
N.H. Bar No. 20682
Nixon Peabody LLP
900 Elm Street, 14th Floor
Manchester, NH 03101
(603) 628-4031
kschultz@nixonpeabody.com