# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| FROST SOLUTIONS, LLC,<br><br>                    Plaintiff,<br><br>         v.<br><br>PATRICK BAGLIEN, CHRISTOPHER LAREAU,<br>and VUE ROBOTICS, LLC,<br><br>                    Defendants. | Civ. Action No. 1:22-cv-00401-SE |

**[PROPOSED] ORDER TO SHOW CAUSE**

Upon the Motion of Defendants:

IT IS ORDERED that **Michael Kirsh and Frost Solutions, LLC** appear before the

Honorable Samantha D. Elliott, United States District Court for the District of New Hampshire,

in Courtroom ___, located on the ___ floor, in the Warren B. Rudman Courthouse, 55 Pleasant

Street, Concord, New Hampshire, at _____ a.m./p.m. on _____, 2024, to show

cause why they should not be held in contempt of Court.

IT IS FURTHER ORDERED that a copy of this Order and Defendants' Motion for Order

to Show Cause be served upon **Michael Kirsh and Frost Solutions via counsel for Plaintiff**

**Frost Solutions, LLC**.


                                                        _____
                                                        The Honorable Samantha D. Elliott
                                                        United States District Judge
                                                        District of New Hampshire

Dated:  March ___, 2024