## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| FROST SOLUTIONS, LLC,<br><br>     Plaintiff,<br><br>  v.<br><br>PATRICK BAGLIEN, CHRISTOPHER LAREAU,<br>and VUE ROBOTICS, LLC,<br><br>     Defendants. | Civ. Action No. 1:22-cv-00401-SE |

### SECOND DECLARATION OF CHRISTOPHER LAREAU IN SUPPORT OF HIS MOTION FOR PARTIAL SUMMARY JUDGMENT ON ONE ASPECT OF COUNT III (BREACH OF SEPARATION AGREEMENT)

I, Christopher Lareau, do hereby declare and state the following:

1.   I am a named defendant in the above-captioned action.

2.   I submit this second declaration in support of my *Motion for Partial Summary Judgment on One Aspect of Count III (Breach of Separation Agreement)* and memorandum of law in support thereof filed contemporaneously therewith (ECF No. 58), as well as the reply memorandum in support thereof.

3.   If called as a witness, I could and would testify competently to the information set forth in this declaration.

4.   After resigning from Frost Control, I was never rehired by Frost Control Systems, Inc. d/b/a Frost Technologies ("Frost Control") and I never worked for Plaintiff Frost Solutions, LLC ("Frost Solutions").

5.   I did not learn until receiving the complaint filed by Frost Solutions against me and the other defendants in this action in or around October 2022 that the separation agreement I

signed with Frost Control, *see* Exhibit 4 to my first declaration, was purportedly sold to Frost Solutions.

I declare under penalty of perjury as provided by law that the statements contained in this declaration are true and correct to the best of my knowledge and belief.

EXECUTED this 18th, day of April, 2024.

Christopher Lareau