UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| FROST SOLUTIONS, LLC,<br><br>                         Plaintiff,<br><br>      v.<br><br>PATRICK BAGLIEN, CHRISTOPHER LAREAU,<br>and VUE ROBOTICS, LLC,<br><br>                         Defendants. | Civ. Action No. 1:22-cv-00401-SE |

**JOINT MOTION FOR RULE 16 CONFERENCE**

Plaintiff, Frost Solutions, LLC, and Defendants Patrick Baglien, Christopher Lareau, and Vue Robotics, LLC (collectively "the Parties") hereby move for a Rule 16 Conference. In support of this Motion, the Parties state as follows:

1. Pursuant to Fed. R. Civ. P. 16 (c)(2)(F)(H) (I), and (P), the Parties request a conference at the Court's earliest opportunity so that they may discuss with the Court their desired plan to (a) promptly schedule a zoom mediation with Magistrate Judge Johnstone; (b) stay discovery and rulings on all pending motions until after completion of the scheduled mediation; and (c) reasonably extend existing and future litigation deadlines.

2. The Parties believe this plan may save judicial and the Parties' resources.

3. Given the nature of this Joint Motion, the Parties do not believe a Local Rule 7.1(a)(2) Memorandum is required.

WHEREFORE, the Parties respectfully request that the Court issue an order:

A. Scheduling a Rule 16 Conference at the Court's earliest opportunity (allowing remote participation through Zoom if the Court is so inclined); and

B. Granting such further and additional relief as the Court deems just and equitable.

Dated: May 8, 2024

Respectfully submitted,

| | |
|---|---|
| FROST SOLUTIONS, LLC, | PATRICK BAGLIEN, CHRISTOPHER LAREAU, AND VUE ROBOTICS, LLC |
| /s/ Laura L. Carroll | /s/ David W. McGrath |
| By its attorneys, | By their attorneys, |
| Laura L. Carroll (NH Bar No. 17444) | David W. McGrath (NH Bar No. 9347) |
| BURNS & LEVINSON LLP | James P. Harris (N.H. Bar No. 15336) |
| 125 High Street | Ryan P. Lirette (N.H. Bar No. 19561) |
| Boston, MA 02110 | Sheehan Phinney Bass & Green, P.A. |
| Tel: (617) 345-3000 | 1000 Elm Street, 17th Floor |
| Fax: (617) 345-3299 | Manchester, NH 03101 |
| Email: lcarroll@burnslev.com | Tel: (603)627-8255 |
| | Fax: (603) 641-2349 |
| Todd A. Rowden (admitted *pro hac vice*) | dmcgrath@sheehan.com |
| James L. Oakley (admitted *pro hac vice*) | jharris@sheehan.com |
| T. Hudson Cross, IV (admitted *pro hac vice*) | rlirette@sheehan.com |
| TAFT STETTINIUS & HOLLISTER LLP | |
| 111 East Wacker Drive, Suite 2600 | Kierstan E. Schultz (N.H. Bar No. 20682 |
| Chicago, IL 60601 | NIXON PEABODY LLP |
| Tel: (312) 527-4000 | 900 Elm Street, 14th Floor |
| Fax: (312) 527-4011 | Manchester, NH  03101 |
| Email: trowden@taftlaw.com | Tel: (603) 628-4031 |
| joakley@taftlaw.com | Fax:  (603) 628-4040 |
| hcross@taftlaw.com | Email:  kschultz@nixonpeabody.com |
| Amir R. Tahmassebi (admitted *pro hac vice*) | Jason C. Kravitz (admitted *pro hac vice*) |
| KONICEK & DILLON, P.C. | Gina M. McCreadie (admitted *pro hac vice*) |
| 70 West Madison Street, Suite 2060 | NIXON PEABODY LLP |
| Chicago, IL 60602 | Exchange Place 53 State Street |
| Tel: (312) 328-9166 | Boston, Massachusetts  02109 |
| Fax: (630) 262-9659 | Tel:  (617) 345-1000 |
| Email: amir@konicekdillonlaw.com | Fax:  (617) 345-1300 |
| | Email:  jkravitz@nixonpeabody.com |
| | gmccreadie@nixonpeabody.com |