UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| FROST SOLUTIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> PATRICK BAGLIEN, CHRISTOPHER LAREAU, AND VUE ROBOTICS, INC., <br><br> Defendant. | Civil Action No. 1:22-cv-00401-SE |

### NOTICE OF CHANGE OF ADDRESS
### OF PLAINTIFF'S COUNSEL, LAURA L. CARROLL

Pursuant to Local Rule 83.6(e) and AP 6.2(d), I, Laura L. Carroll, attorney for Plaintiff Frost Solutions, LLC, hereby provide notice that my postage address, firm affiliation, email address, and telephone number have changed. My new contact information is as follows:

> Laura L. Carroll
> ArentFox Schiff LLP
> 800 Boylston Street, 32nd Floor
> Boston, MA 02199
> Tel: 617-973-6100
> Email: laura.carroll@afslaw.com

Dated: May 30, 2024                                Respectfully submitted,

> /s/ Laura L. Carroll
> Laura L. Carroll (NH Bar No. 17444)
> ArentFox Schiff LLP
> 800 Boylston Street, 32nd Floor
> Boston, MA 02199
> Tel: 617-973-6100
> Email: laura.carroll@afslaw.com
>
> Attorney for Plaintiff Frost Solutions, LLC

**CERTIFICATE OF SERVICE**

      I hereby certify that on this date, I electronically served a copy of this document on all counsel of record via the Court's CM/ECF system, pursuant to Fed. R. Civ. P. 5(b)(2)(E).

Dated:  May 30, 2024                         */s/ Laura L. Carroll*
                                                 Laura L. Carroll