UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| FROST SOLUTIONS, LLC,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>PATRICK BAGLIEN, CHRISTOPHER LAREAU, and VUE ROBOTICS, LLC,<br><br>　　　　　　Defendants. | Civil Action No. 1:22-cv-00401-SE |

**JOINT MOTION TO EXTEND DEADLINES**
**IN THE DISCOVERY PLAN AND CONTINUE TRIAL**

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and Local Rules 7.1 and 7.2, Plaintiff Frost Solutions, LLC, and Defendants Patrick Baglien, Christopher Lareau, and Vue Robotics, LLC (collectively, the "Parties"), by and through their respective counsel, hereby move to extend the remaining deadlines in this action, as set forth below and in the Civil Form 3 being filed herewith. In support of this Joint Motion, the Parties state as follows as follows:

1.　　In July 2024, the Parties participated in mediation with the Court. At the time, the Parties agreed that in the event of an unsuccessful mediation, they would work together to try to arrive at a revised litigation schedule. In light of the unsuccessful efforts to resolve the matter through mediation, the Parties are now submitting their agreed upon revised schedule, for the Court's consideration.

2.　　The Parties are seeking to extend the existing deadlines by several months. Discovery in this case thus far has been extensive, and the Parties expect that to continue into the deposition phase of discovery, now that discovery is resuming post-mediation. The Parties anticipate that expert discovery will be similarly robust.

AFSDOCS:300150424.1

3.      Pursuant to LR 7.2(a)(ii), the requested extensions to the current deadlines are listed below, and also contained in the Civil Form 3 filed herewith in accordance with LR 7.2(a)(iii).

| Scheduling Designation | Current Deadline | Proposed Deadline |
|---|---|---|
| Completion of Fact Discovery | 04/19/2024 | 05/15/2025 |
| Deadline to serve disclosures and initial expert reports by party who has the burden of proof | 05/17/2024 | 02/01/2025 |
| Deadline to serve rebuttal expert reports | 06/14/2024 | 03/01/2025 |
| Deadline to complete expert discovery | 07/19/2024 | 04/01/2025 |
| Deadline for supplementation under Fed. R. Civ. P. 26(e)(2) for party with the burden of proof | 11/22/2024 | 05/14/2025 |
| Deadline to file challenges to expert testimony | 11/01/2024 | 06/01/2025 |
| Deadline for responsive supplementation under Fed. R. Civ. P. 26(e)(2) | 12/11/2024 | 06/15/2025 |
| Deadline to file dispositive motions/summary judgment motions | 08/16/2024 | 07/01/2025 |
| Two-week jury trial session | 01/22/2025 | 11/18/2025 |

4.      Pursuant to LR 7.2(a)(i)-(ii), this Motion, if granted, will result in an extension of remaining discovery and other deadlines in the Discovery Plan as identified above.

5.      This Motion, if granted, will result in the continuance of the trial in this case. Pursuant to LR 7.2(c), undersigned counsel hereby certifies that their clients have been notified of the reasons for the requested continuance and have assented thereto.

6.      In accordance with LR 7.1(c), the Parties' counsel have conferred in good faith, and jointly request the relief sought in this Motion.

7.      Pursuant to LR 7.1(a)(2), the Parties believe that a supporting memorandum is unnecessary because the relief requested herein is discretionary.

WHEREFORE, Plaintiff Frost Solutions, LLC and Defendants Patrick Baglien, Christopher Lareau, and Vue Robotics, LLC, through their respective counsel, respectfully request that the Court:

(A)  Grant this Joint Motion and extend the discovery deadlines and trial date, as set forth above and in the completed Civil Form 3 submitted herewith; and

(B)  Grant such other and further relief as the Court may deem just and equitable under the circumstances.

Dated: September 20, 2024

FROST SOLUTIONS, LLC,

By its attorneys,

*/s/ Laura L. Carroll*
Laura L. Carroll (NH Bar No. 17444)
ARENTFOX SCHIFF LLP
800 Boylston Street, 32nd Floor
Boston, MA 02199
Tel: (617) 973-6100
Email: laura.carroll@afslaw.com

Todd A. Rowden (admitted *pro hac vice*)
James L. Oakley (admitted *pro hac vice*)
T. Hudson Cross, IV (admitted *pro hac vice*)
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
Tel: (312) 527-4000
Email: trowden@taftlaw.com
Email: joakley@taftlaw.com
Email: hcross@taftlaw.com

Amir R. Tahmassebi (admitted *pro hac vice*)
KONICEK & DILLON, P.C.
70 West Madison Street, Suite 2060
Chicago, IL 60602
Tel: (312) 328-9166
Email: amir@konicekdillonlaw.com

Respectfully submitted,

PATRICK BAGLIEN, CHRISTOPHER LAREAU AND VUE ROBOTICS, LLC,

By their attorneys,

*/s/ David W. McGrath*
David W. McGrath (NH Bar No. 9347)
James P. Harris (N.H. Bar No. 15336)
Ryan P. Lirette (N.H. Bar No. 19561)
SHEEHAN PHINNEY BASS & GREEN, P.A.
1000 Elm Street, 17th Floor
Manchester, NH 03101
Tel: (603) 627-8255
Email: dmcgrath@sheehan.com
Email: jharris@sheehan.com
Email: rlirette@sheehan.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this date, I electronically served copies of this document and Civil Form 3 on all counsel of record via the Court's CM/ECF system.

Dated:  September 20, 2024          */s/ Laura L. Carroll*
                                               Laura L. Carroll