### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| FROST SOLUTIONS, LLC,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>PATRICK BAGLIEN, CHRISTOPHER LAREAU, and VUE ROBOTICS, LLC,<br><br>　　　　　　　　Defendants. | Civ. Action No. 1:22-cv-00401-SE |

### DEFENDANTS' ASSENTED-TO MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S MOTION TO DISMISS COUNTERCLAIMS

NOW COME the Defendants, Patrick Baglien, Christopher Lareau, and Vue Robotics, LLC ("Defendants"), by and through its undersigned counsel, and respectfully submit this Assented-To Motion to Extend the Deadline to respond to Plaintiff's Motion to Dismiss Counterclaims. In support of this Assented-to Motion, and in compliance with Local Rule 7.1(c), the Defendants state that undersigned counsel requires additional time in which to respond to Plaintiff's Motion to Dismiss Counterclaims, and that counsel for the Plaintiff has assented to the relief requested herein.

WHEREFORE, the Defendants respectfully request that this Court:

A. Grant the foregoing Motion to Extend, and issue an order establishing the Defendants deadline to respond to Plaintiff's Motion to Dismiss Counterclaims as December 6, 2024; and

B. Grant such other and further relief as the Court deems necessary and just.

- 2 -

                                      Respectfully submitted,

                                      Patrick Baglien, Christopher Lareau, and
                                      Vue Robotics, LLC

                                      By their attorneys,
                                      Sheehan Phinney Bass & Green, P.A.

Dated: November 22, 2024         By: */s/ David W. McGrath*
                                      David W. McGrath (# 9347)
                                      James P. Harris (# 15336)
                                      Ryan Lirette (# 19561)
                                      1000 Elm Street, P.O. Box 3701
                                      Manchester, NH 03105-3701
                                      603-627-8255
                                      dmcgrath@sheehan.com
                                      jharris@sheehan.com
                                      rlirette@sheehan.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that this pleading was served on this date on all parties of record through the Court's electronic filing system.

                                      */s/ David W. McGrath*
                                      David W. McGrath