# EXHIBIT F

**RAY QUINNEY & NEBEKER**

ATTORNEYS AT LAW
D. Jay Curtis
James S. Jardine
Larry G. Moore
Bruce L. Olson
Craig Carlile
Jeffrey W. Appel
David J. Castleton
Ellen J. D. Toscano
Kevin G. Glade
Lester K. Essig
Stephen C. Tingey
John K. Madsen
Scott A. Hagen
Rick L. Rose
Brent D. Wride
Steven W. Call
Sally B. McMinimee
Steven G. Jones
Mark A. Cotter
Gregory J. Savage
Kelly J. Applegate
Justin T. Toth
Liesel B. Stevens
Robert O. Rice
Arthur B. Berger
Rick Thaler
John W. Mackay
McKay M. Pearson
Mark W. Pugsley
Matthew N. Evans
Gary L. Longmore
John P. Wunderli
Michael R. Johnson
E. Blaine Rawson
Samuel C. Straight
Paul C. Burke
Elaine M. Maragakis
D. Zachary Wiseman
Michael D. Mayfield
Bryan K. Bassett
Karrie F. Brown
Gregg D. Stephenson
Kristine M. Larsen
Gregory S. Roberts
Christopher N. Nelson
Angela E. Atkin
Thomas M. Hardman
Samuel A. Lambert
David H. Leigh
Gavin M. Reese
Richard H. Madsen, II
S. Brandon Owen
Charles H. Livsey
David B. Dibble
Carol A. Funk
Maria E. Windham
Blake R. Bauman
Michael K. Erickson
R. Troy Mollerup
Paul N. Taylor
Z. Ryan Pahnke
Matthew M. Cannon
Tiffany Brooks Healy
James A. Sorenson
Allison G. Belliston
Skye Lazaro
Adam K. Richards
Blake R. Voorhees
Beth J. Ranschau
Jeffrey S. Rasmussen
James Bullough
Katherine E. Priest
Jascha K. Clark
John O. Carpenter
Whitney Hulet Krogue
Blake M. Biddulph
Raj Dhaliwal
J. Ramzi Hamady
Thomas Lingard
Aaron C. Hinton
Jason M. Thokar
Andrew Applegate
Austin C. Nate
Michael A. Stevens
Jessica A. Ramirez
Austin P. Atkinson
Jacob G. Roberts
Martha A. Wingate

OF COUNSEL
Herbert C. Livsey
Gerald T. Snow
Jonathan A. Dibble
John A. Adams
Douglas M. Monson
Jordan Christiansen
Elaine A. Monson
Katie A. Eccles
Anjali J. Patel

January 5, 2022

**VIA EMAIL**

Patrick Baglien
51351 Hidden Pines Ct.
Granger, IN 46530

patrick.baglien@yahoo.com

SALT LAKE CITY OFFICE
PO Box 45385
Salt Lake City, Utah
84145-0385

36 South State Street
Suite 1400
Salt Lake City, Utah
84111

801 532-1500 TEL
801 532-7543 FAX
www.rqn.com

PROVO OFFICE
86 North University Ave
Suite 430
Provo, Utah
84601-4429

801 342-2400 TEL
801 375-6379 FAX

Re:    Frost Control Systems

Dear Mr. Baglien,

This firm represents Frost Control Systems, Inc. ("Frost Control"). We have been retained to investigate your activities as both a former officer and employee of Frost Control. As you may be aware, all employees owe their employers a fiduciary duty of loyalty. Simply put, employees are required to act, at all times, in the best interest of their employer. This duty is heightened for officers of the corporation who must act with the utmost good faith in furtherance of the interests of the corporation and its shareholders.

Subsequent to your resignation, a number of facts have come to the attention of our client indicating that you may have violated your duties of loyalty, care and good faith during your employment with Frost Control. Such acts include, but are not limited to, your use of corporate assets to benefit yourself and members of your team at the expense of and without benefit to the corporation or its shareholders. Because we are still in the early stages of investigating these issues, we will not provide additional detail at this time.

The possibility that you used Frost Control resources and assets in violation of your fiduciary duties is of utmost importance to our client. Because we anticipate the possibility of litigation against you, you are under a legal obligation to preserve and not destroy any documents or information in any form and media, including, but not limited to, hard copies, electronic copies, emails, texts, iMessages, and all other forms of electronic communication, and electronic or cloud storage, as well as any accompanying metadata, concerning your employment with Frost Control and your use of any corporate assets, including the expense account, as well as your authorizations for the use of such assets by others. Note that your duty to preserve the above-described information includes identifying and suspending any automatic or regularly scheduled deletion of information.

A PROFESSIONAL CORPORATION



Patrick Baglien
January 5, 2022
Page 2


**If you fail to preserve the above-described information, you may be
subject to serious penalties.  For example, and without limitation, in any
ensuring litigation between you and Frost Control, a court may deem certain
matters or facts alleged by Frost Control established against you; render
judgment against you on all or part of the claims in the lawsuit; order you to
pay Frost Control's costs and attorney fees caused by your failure; and
instruct the jury regarding an adverse inference concerning the failure.**


Sincerely,

RAY QUINNEY & NEBEKER P.C.

/s/ *D. Zachary Wiseman*
D. Zachary Wiseman
Whitney Krogue


1589860

CONFIDENTIAL