UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| FROST SOLUTIONS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>PATRICK BAGLIEN, CHRISTOPHER LAREAU, and VUE ROBOTICS, LLC,<br><br>    Defendants. | Civil Action No. 1:22-cv-00401-SE |

**JOINT MOTION TO EXTEND DEADLINES
IN THE DISCOVERY PLAN AND CONTINUE TRIAL**

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and Local Rules 7.1 and 7.2, Plaintiff Frost Solutions, LLC ("Frost"), and Defendants Patrick Baglien, Christopher Lareau, and Vue Robotics, LLC (collectively with Frost, the "Parties"), by and through their respective counsel, hereby move to extend the remaining deadlines in this action, as set forth below and in the Civil Form 3 being filed herewith. In support of this Joint Motion, the Parties state as follows:

1. Through this Motion, the Parties request that the Court grant it a modest, 60-day, extension of the outstanding deadlines in this case. Good cause exists for this extension. As discussed below, the parties have been diligently and cooperatively participating in discovery in this matter. Yet, despite their efforts, and partly due to additional issues that have arisen near the close of discovery, the parties require additional time to complete fact and expert discovery and prepare for trial in this matter.

2. On April 3, 2025, the Court granted the parties' Joint Motion to Extend Deadlines in the Discovery Plan and Continue Trial. Under that Order, Fact Discovery is to be completed by August 22, 2025, while expert discovery, which begins with disclosures on August 1, 2025, is

to be completed by October 31, 2025. *See* ECF No. 99 & Endorsed Order dated April 3, 2025 (approving Joint Motion).

3. Since filing that Joint Motion in February, the parties have been diligently working on finalizing discovery in this action. In fact, since that filing, both parties have made supplemental productions and have sought and received discovery from third parties. Frost Solutions also recently took the depositions of the individual defendants, and other depositions in the case have been scheduled. Despite this progress, the parties are still working to complete discovery, including certain discovery on issues that have arisen recently.

4. For example, on April 7, 2025, Defendants filed amended counterclaims, adding new claims arising out of alleged events that occurred during the pendency of this action. Defendants have propounded discovery requests relating to these amended counterclaims, and Frost Solutions started producing documents in response to those requests in May 2025. Over the last two months, Frost Solutions has made two productions totaling over 190,000 pages in response to Defendants' discovery requests concerning Defendants' amended counterclaims. Frost Solutions is still producing documents in response to these discovery requests.

5. Defendants have also been attempting to negotiate the resolution of a discovery dispute with nonparty, Traffic and Parking Company ("TAPCO"), who possesses documents related to, among other things, Defendants' newly alleged counterclaims. Frost Solutions also served a subpoena on TAPCO in June. TAPCO began producing documents in June of 2025 in response to both subpoenas and made an additional production in early July. Defendants continue to negotiate outstanding discovery issues with TAPCO.

6. Further, on June 9, 2025, Frost Solutions served supplemental answers to Defendants' interrogatories. In those supplemental answers, Frost Solutions asserted additional

trade secrets that it alleges were misappropriated by Defendants. Defendants have requested supplementation of Frost Solutions discovery responses to account for these recently disclosed alleged trade secrets. Frost Solutions has agreed to supplement its discovery responses and is working toward providing that supplementation. Defendants have also recently propounded new discovery requests related to these recently disclosed alleged trade secrets. Defendants anticipate using this requested information in depositions of Frost Solutions witnesses and other nonparty witnesses.

7. The current schedule approved by the Court in April 2025 calls for fact discovery to be completed on August 22, 2025. Given the outstanding discovery issues, the parties agree that it is appropriate to extend the deadline for the completion of fact discovery by a period of 60 days.

8. Further, as explained in the parties' previous joint motion, the deadline for expert disclosures was pushed back because the parties preferred their expert disclosures to be made on fuller factual records. *See* ECF No. 99 at ¶ 3. Given the additional discovery that is anticipated in this case, the parties prefer to move the expert disclosure deadlines in conjunction with the discovery deadlines, so that their respective experts can benefit from a full factual record.

9. Accordingly, the Parties are now requesting that fact discovery be extended from August 22, 2025 to October 22, 2025, with the deadline for initial expert disclosures moving from August 1, 2025 to October 1, 2025. These proposed extensions will necessarily extend other deadlines, as the Parties complete discovery. In addition, these proposed extensions will require continuing the trial currently scheduled for this Court's jury trial session starting March 17, 2026. The Parties propose that this case be scheduled for this Court's jury trial session starting May 19, 2026.

10. Pursuant to LR 7.2(a)(ii), the requested extensions to the current deadlines are listed below, and are also contained in the Civil Form 3 filed herewith in accordance with LR 7.2(a)(iii).

| Scheduling Designation | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline to serve disclosures and initial expert reports by party who has the burden of proof | 08/01/2025 | 10/01/2025 |
| Completion of Fact Discovery | 08/22/2025 | 10/22/2025 |
| Deadline to serve rebuttal expert reports | 09/15/2025 | 11/17/2025 |
| Deadline for supplementation under Fed. R. Civ. P. 26(e)(2) for party with the burden of proof | 10/10/2025 | 12/10/2025 |
| Deadline for responsive supplementation under Fed. R. Civ. P. 26(e)(2) | 10/31/2025 | 12/31/2025 |
| Deadline to complete expert discovery | 10/31/2025 | 12/31/2025 |
| Deadline to file dispositive motions/summary judgment motions | 11/14/2025 | 01/14/2025 |
| Deadline to file challenges to expert testimony (no later than 45 days before trial) | 01/30/2026 | 03/30/2026 |
| Two-week jury trial session | 03/17/2026 | 05/19/2026 |

11. Pursuant to LR 7.2(a)(i)-(ii), this Motion, if granted, will result in an extension of remaining discovery and other deadlines in the Discovery Plan as identified above.

12. This Motion, if granted, will result in the continuance of the trial in this case. Pursuant to LR 7.2(c), undersigned counsel hereby certifies that their clients have been notified of the reasons for the requested continuance and have assented thereto.

13. In accordance with LR 7.1(c), the Parties' counsel have conferred in good faith, and jointly request the relief sought in this Motion.

14. Pursuant to LR 7.1(a)(2), the Parties believe that a supporting memorandum is unnecessary because the relief requested herein is discretionary.

WHEREFORE, Plaintiff Frost Solutions, LLC and Defendants Patrick Baglien, Christopher Lareau, and Vue Robotics, LLC, through their respective counsel, respectfully request that the Court:

(A)  Grant this Joint Motion and extend the discovery deadlines and trial date, as set forth above and in the completed Civil Form 3 submitted herewith; and

(B)  Grant such other and further relief as the Court may deem just and equitable under the circumstances.

Dated: August 13, 2025

FROST SOLUTIONS, LLC,

By its attorneys,

*/s/ Todd A. Rowden*
Laura L. Carroll (NH Bar No. 17444)
ARENTFOX SCHIFF LLP
800 Boylston Street, 32nd Floor
Boston, MA 02199
Tel: (617) 973-6100
Email: laura.carroll@afslaw.com

Todd A. Rowden (admitted *pro hac vice*)
James L. Oakley (admitted *pro hac vice*)
T. Hudson Cross, IV (admitted *pro hac vice*)
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
Tel: (312) 527-4000
Email: trowden@taftlaw.com
Email: joakley@taftlaw.com
Email: hcross@taftlaw.com

Amir R. Tahmassebi (admitted *pro hac vice*)
KONICEK & DILLON, P.C.
70 West Madison Street, Suite 2060
Chicago, IL 60602
Tel: (312) 328-9166
Email: amir@konicekdillonlaw.com

Respectfully submitted,

PATRICK BAGLIEN, CHRISTOPHER LAREAU AND VUE ROBOTICS, LLC,

By their attorneys,

*/s/ Ryan P. Lirette*
David W. McGrath (NH Bar No. 9347)
James P. Harris (NH Bar No. 15336)
Ryan P. Lirette (NH Bar No. 19561)
SHEEHAN PHINNEY BASS & GREEN, P.A.
1000 Elm Street, 17th Floor
Manchester, NH 03101
Tel: (603) 627-8255
Email: dmcgrath@sheehan.com
Email: jharris@sheehan.com
Email: rlirette@sheehan.com

**CERTIFICATE OF SERVICE**

   I hereby certify that on this date, I electronically served copies of this document and Civil Form 3 on all counsel of record via the Court's CM/ECF system.

Dated:  August 13, 2025        */s/ Ryan P. Lirette*
                  Ryan P. Lirette