**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

---

FROST SOLUTIONS, LLC,

           Plaintiff,

  v.

PATRICK BAGLIEN, CHRISTOPHER
LAREAU, and VUE ROBOTICS, LLC,

           Defendants.

Civil Action No. 1:22-cv-00401-SE

---

## PLAINTIFF'S MOTION TO AMEND ITS COMPLAINT

Pursuant to Fed. R. Civ. P. 15(a)(2) and Local Rule 15.1, Plaintiff Frost Solutions, LLC, by and through its counsel, hereby moves for leave to amend its Complaint. A copy of the proposed Amended Complaint ("Amended Complaint") is attached hereto as Exhibit 1. (Copies of the five exhibits to the Amended Complaint are attached to it as Exhibits A-E.) Defendants' counsel have advised that Defendants do not object to the filing of the Amended Complaint.

As grounds for this Motion, Plaintiff states as follows:

1.    The original Complaint in this action (Doc. 1) has five exhibits (Docs. 1-1 through 1-5), and contains five counts, as follows:

- Count I, Violation of Defend Trade Secrets Act, against all Defendants;

- Count II, Violation of NH Uniform Trade Secrets Act, against all Defendants;

- Count III, Breach of Separation Agreement, against Defendant Christopher Lareau ("Lareau");

- Count IV, Breach of Confidentiality Agreement, against Defendant Patrick Baglien ("Baglien"); and

- Count V, Breach of Fiduciary Duty, against Baglien and Lareau.

2.    The Amended Complaint has the same five exhibits and contains the same five counts listed above.  The Amended Complaint seeks to add three new counts, as follows:

- Count VI, Tortious Interference with Contract, against Baglien;

- Count VII, Tortious Interference with Contract, against Lareau; and

- Count VIII, Declaratory Judgment, against all Defendants, pled in the alternative.

3.    In addition to adding these three legal claims, Plaintiff has added factual allegations concerning (a) Plaintiff's AIMS 2.0 and Frost Tech User Interface, (b) Baglien's breach of the Termination Certification, (c) the founding of Defendant Vue Robotics, LLC ("Vue Robotics"), and (d), in the alternative, the Vue Robotics product's development during Baglien's employment at Frost Control, Plaintiff's predecessor.  The information which gave rise to these additional allegations and legal claims was developed during discovery in this action.

4.    Plaintiff does not anticipate that any additional discovery will be needed related to the new allegations and claims contained in the Amended Complaint.[1]

5.    In accordance with LR 7.1(c), counsel for the Parties conferred in good faith, and Defendants' counsel has advised that Defendants will not object to this Motion to Amend.

6.    Pursuant to LR 7.1(a)(2), Plaintiff believes that a supporting memorandum is unnecessary because Defendants will not be objecting to the Motion to Amend.

---

[1]    The Parties plan to jointly seek a short extension of the fact discovery deadline, in order to complete certain depositions, including non-party depositions.  That extension, if granted, will not impact remaining deadlines in this case.

WHEREFORE, Plaintiff Frost Solutions, LLC, respectfully requests that the Court:

(A)    Grant this Motion to Amend; and

(B)    Grant such other and further relief as the Court may deem just and equitable under

the circumstances.

Dated: October 21, 2025

Respectfully submitted,

**FROST SOLUTIONS, LLC,**

By its attorneys,

*/s/ Laura L. Carroll*
Laura L. Carroll (NH Bar No. 17444)
ARENTFOX SCHIFF LLP
800 Boylston Street, 32nd Floor
Boston, MA 02199
Tel: (617) 973-6100
Email: laura.carroll@afslaw.com

Todd A. Rowden (admitted *pro hac vice*)
James L. Oakley (admitted *pro hac vice*)
T. Hudson Cross, IV (admitted *pro hac vice*)
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
Tel: (312) 527-4000
Email: trowden@taftlaw.com
Email: joakley@taftlaw.com
Email: hcross@taftlaw.com

Amir R. Tahmassebi (admitted *pro hac vice*)
KONICEK & DILLON, P.C.
70 West Madison Street, Suite 2060
Chicago, IL 60602
Tel: (312) 328-9166
Email: amir@konicekdillonlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically served copies of this document and exhibits thereto on all counsel of record via the Court's CM/ECF system.

Dated: October 21, 2025

*/s/ Laura L. Carroll*
Laura L. Carroll

AFSDOCS:304018449.1

3