UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| FROST SOLUTIONS, LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>PATRICK BAGLIEN, CHRISTOPHER LAREAU, and VUE ROBOTICS, LLC,<br><br>          Defendants. | Civil Action No. 1:22-cv-00401-SE |

**JOINT MOTION TO EXTEND DISCOVERY DEADLINES AND CONTINUE TRIAL**

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and Local Rules 7.1 and 7.2, Plaintiff Frost Solutions, LLC ("Frost"), and Defendants Patrick Baglien, Christopher Lareau, and Vue Robotics, LLC (collectively with Frost, the "Parties"), by and through their respective counsel, hereby move to extend the remaining deadlines in this action, as set forth below and in the Civil Form 3, filed herewith. In support of this Joint Motion, the Parties state as follows:

1. Through this Motion, the Parties request that the Court extend by approximately one month the remaining deadlines in this case, including the trial date.[1]

2. Good cause exists for this extension. The Parties have continued to conduct discovery diligently and cooperatively. The request for these extensions is prompted by the following:

---

[1] The existing deadlines are set forth in the Parties' Joint Motion to Extend Deadlines in the Discovery Plan and Continue Trial (Doc. 105), filed August 13, 2025, which the Court granted by Order dated August 15, 2025.

    a. There are several depositions which the Parties have not yet been able to complete. Many of these depositions are of non-parties, and have required subpoenas and in some cases, negotiations with counsel for the witnesses.

    b. In addition, Frost requires certain discovery from Defendants before Frost's expert reports can be completed; Frost anticipates receiving that discovery within the next several days, and intends to serve its expert reports shortly thereafter, *i.e.*, by the proposed new deadline of November 17. The proposed new dates for rebuttal and supplemental expert disclosures are based on that Nov. 17 date.

    c. Frost recently moved to amend its Complaint without objection by Defendants. Defendants, however, intend to seek discovery regarding the new factual allegations in Frost's proposed amended complaint.

    d. The Parties anticipate that, following the close of fact discovery (proposed to be December 31, 2025), they may need to obtain deposition testimony of customer witnesses implicated by expert disclosures who are beyond the jurisdictional reach of trial subpoenas. The Parties anticipate collaborative discussions to schedule such depositions, if any.

3.     Pursuant to LR 7.2(a)(ii), the requested extensions to the current deadlines are listed below and also contained in the Civil Form 3 filed herewith in accordance with LR 7.2(a)(iii).

| Scheduling Designation | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline to serve disclosures and initial expert reports by party who has the burden of proof | 10/01/2025 | 11/17/2025 |
| Completion of Fact Discovery | 10/22/2025 | 12/31/2025 |
| Deadline to serve rebuttal expert reports | 11/17/2025 | 01/06/2026 |
| Deadline for supplementation under Fed. R. Civ. P. 26(e)(2) for party with the burden of proof | 12/10/2025 | 01/20/2026 |
| Deadline for responsive supplementation under Fed. R. Civ. P. 26(e)(2) | 12/31/2025 | 02/03/2026 |
| Deadline to complete expert discovery | 12/31/2026 | 02/03/2026 |
| Deadline to file dispositive motions/summary judgment motions | 01/14/2025 | 02/16/2026 |
| Deadline to file challenges to expert testimony (no later than 45 days before trial) | 03/30/2026 | 04/15/2026 |
| Two-week jury trial session | 05/19/2026 | 06/16/2026 |

4. Pursuant to LR 7.2(a)(i)-(ii), this Motion, if granted, will result in an extension of remaining discovery and other deadlines in the Discovery Plan, as identified above.

5. This Motion, if granted, will result in a one-month continuance of the trial in this case. Pursuant to LR 7.2(c), undersigned counsel hereby certifies that their clients have been notified of the reasons for the requested continuance and have assented thereto.

6. In accordance with LR 7.1(c), the Parties' counsel have conferred in good faith, and jointly request the relief sought in this Motion.

7. Pursuant to LR 7.1(a)(2), the Parties believe that a supporting memorandum is unnecessary because the relief requested herein is discretionary.

WHEREFORE, Plaintiff Frost Solutions, LLC and Defendants Patrick Baglien, Christopher Lareau, and Vue Robotics, LLC, through their respective counsel, respectfully request that the Court:

(A) Grant this Joint Motion and extend the discovery deadlines and trial date, as set forth above and in the completed Civil Form 3 submitted herewith; and

(B) Grant such other and further relief as the Court may deem just and equitable under the circumstances.

| | |
|---|---|
| Dated: October 30, 2025 | Respectfully submitted, |
| FROST SOLUTIONS, LLC, | PATRICK BAGLIEN, CHRISTOPHER LAREAU AND VUE ROBOTICS, LLC, |
| By its attorneys, | By their attorneys, |
| */s/ Laura L. Carroll* | */s/ David W. McGrath* |
| Laura L. Carroll (NH Bar No. 17444) | David W. McGrath (NH Bar No. 9347) |
| ARENTFOX SCHIFF LLP | James P. Harris (NH Bar No. 15336) |
| 800 Boylston Street, 32nd Floor | Ryan P. Lirette (NH Bar No. 19561) |
| Boston, MA 02199 | Abbygale M. Dow (NH Bar No. 272938) |
| Tel: (617) 973-6100 | SHEEHAN PHINNEY BASS & GREEN, P.A. |
| Email: laura.carroll@afslaw.com | 1000 Elm Street, 17th Floor |
| | Manchester, NH 03101 |
| Todd A. Rowden (admitted *pro hac vice*) | Tel: (603) 627-8255 |
| James L. Oakley (admitted *pro hac vice*) | Email: dmcgrath@sheehan.com |
| T. Hudson Cross, IV (admitted *pro hac vice*) | Email: jharris@sheehan.com |
| TAFT STETTINIUS & HOLLISTER LLP | Email: rlirette@sheehan.com |
| 111 East Wacker Drive, Suite 2600 | Email: adow@sheehan.com |
| Chicago, IL 60601 | |
| Tel: (312) 527-4000 | |
| Email: trowden@taftlaw.com | |
| Email: joakley@taftlaw.com | |
| Email: hcross@taftlaw.com | |

Amir R. Tahmassebi (admitted *pro hac vice*)
KONICEK & DILLON, P.C.
70 West Madison Street, Suite 2060
Chicago, IL 60602
Tel: (312) 328-9166
Email: amir@konicekdillonlaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically served copies of this document and Civil Form 3 on all counsel of record via the Court's CM/ECF system.

Dated:  October 30, 2025                                         */s/ Laura L. Carroll*
                                                                                  Laura L. Carroll