# EXHIBIT A



# Frost Control Systems
## Data Driven Deicing



OFFER LETTER

# Patrick Baglien

# Welcome

Hi Patrick,

I am very excited about the prospect of you joining Frost Control Systems. This is your offer letter. In the following pages you will find details regarding your salary, equity, and benefits, as well as some additional things to know before starting. If you have any questions at all, please feel free to call me at 530-318-5351. I look forward to your response and (hopefully!) working together.

*Bradley J Tener*

CEO, Frost Control Systems LLC.

March 15th, 2019



01

Offer

# Summary Offer

**Position**
Head of Sales

**Annual Salary**
$55,000

**Start Date**
March 18, 2019

| | |
|---|---|
| Hiring Manager | Bradley Tener |
| Option Granted | 40000(4%)+an additional 2500 annually if sales goals are exceeded.<br>First 4 years only, maximum 10000(1%) in additional shares. |
| Strike Price | $0.70 |
| Total Cost to Exercise | $28,000 |
| Last Preferred Price | $1 |
| Option Grant Notional Value | $40,000 (40000 * $1) |
| Option Vesting Schedule | Annual for three years with one year cliff |
| Commission<br>(See Commission Documents) | Municipal Full Contracts: 10% First contract year<br>5%  2nd+ contract year<br>5%  Contract renewal |
| Profit Sharing | While equity is not yet vested, a percentage of EBITDA will be provided. End of Year(EOY) 1 would be 1.33% equity, 3% EBITDA. EOY 2 would be 2.66% equity, 2% EBITDA. |
| Employee Benefits | See separate |
| Home Office | South Bend |

These offer terms are valid for 12 months and will re-evaluated at the end of the first year to better represent the role of managing a team and any changes in revenue sources. Sales goals are evaluated and set during the first month of the calendar year.

02

# Option Payout Calculator

Option Payout Calculator

**For enterprise values greater than $50M, your option value can be calculated as follows:**

EnterpriseValue x Ownership% - ExerciseCost

= OptionValue

For example, if Frost Control Systems is valued at $50M your option grant's intrinsic value is:

$50M x 4% - ExerciseCost  = $2,000,000-ExerciseCost

Please note that this is a fictional example to illustrate the calculation and is not a forecast and does not include dilution from further financing rounds.



03

# Option Vesting Schedule

Your options will "vest" over 3 years. Vesting means you earn the right to purchase those shares. As you can see in your schedule on the right, the first chunk of shares that you vest is one year from your start date. This is called a cliff. You'll vest 33% of your option on your cliff date. After that, you'll vest 1/24th of the remaining shares each month thereafter.



04

Brand - Voice

# Equity Compensation

How to think about equity compensation

**Estimating the value of your equity compensation is hard. Here is how we encourage you to think about it:**

1. **Do not do an "expected value" calculation. The probability distribution of an individual company's outcomes is unknown.**

2. **The lower bound value of your equity is $0. That is also the default value.**

3. **The best venture-funded seed rounds return 200x. If we are lucky enough to be one of the best, we will likely have gone through 2-3 rounds of financing which could potentially dilute your shares by 30% to 50%.**

4. **To compare equity offers, choose the company you believe is most likely to become a "best" company. In case of a tie, the option grant with the higher notional value is the better offer.**

5. **If you are lucky enough that your grant becomes valuable, you will probably wait 10 years to realize that value.**

6. **Live your life as though your equity is worthless. If it is worth something in the future, that is icing on the cake.**

05

# Employee Benefits

Employee Benefits

| | |
|---:|:---|
| 401k | TBD 2020 |
| Healthcare | TBD 2020 |
| Dental | TBD 2020 |
| Life insurance | TBD 2020 |
| Vision | TBD 2020 |
| Paid time off (PTO) | Seven(7) paid personal days<br>Ten(10) paid vacation days<br>Up to seven(7) paid sick days |
| Business Expenses | All reasonable business expenses will be covered and any documented business travel using personal vehicle will be reimbursed at IRS approved rate per mile (must submit log to be reimbursed) |

**06**

# Office & Commute Schedule

Office & Commute Schedule

Home Office

**Your home office is South Bend.**

The address for the South Bend office is on the right! This office space is still being set-up and should be ready to begin move in on April 1st. Working from home or in the common space is appropriate until office space is finalized. The typical work week is Monday through Friday except during the sales season when some travel for conferences is required.



1300 E Angela Blvd, South Bend, Indiana 46617



07

Option Vesting

# First/Second Week

Your first day will be spent getting set up to work at Frost Control Systems (Email, Slack, etc...). You will attend company training for the next four days, where you will learn everything about winter road maintenance, current products, sales techniques, and company policy.

During the second week you will be introduced to some of our advisors and investors so that you can get to know them a bit better, integrated into our social media and networking circles to understand the breadth of the company relationships, and given some free time to develop some ideas on tactics moving forward.



08

# The Legal Language

The Legal Language

1. **Your annual salary is subject to taxes and withholdings and will be paid on the Company's normal payroll cycle.**

2. **These offer terms will be re-evaluated annually to adjust to changes in role and revenue sources.**

3. **The Frost Control Systems capital structure is current as of this offer letter date but is subject to change without notice.**

4. **Your ownership percentage is subject to dilution over time.**

5. **Your option grant is subject to Frost Control Systems option plan documents. Particularly important is that employee earned equity must be sold back to the company if employment is terminated or you choose to resign.**

6. **Your employment is at-will and either you or we may terminate your employment at any time, with or without notice.**

7. **Prior to your employment, you will be required to pass a background check and prove your eligibility to be employed in the US.**

8. **As a condition of your employment, you are also required to sign and comply with an Employee Confidential Information Invention Assignment Agreement that requires, among other provisions, the assignment of rights to any invention made during your employment at the Company, and non disclosure of Company proprietary information.**

09

The Legal Language

# The Legal Language(Cont.)

9. **Your commission is subject to Frost Control Systems Sales Commission Agreement, and your profit sharing bonus is subject to the Bonus Agreement. Both are attached with this offer letter.**

10. **This Agreement will include and incorporate by reference the miscellaneous provisions set forth in Exhibit A hereto.**