**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| FROST SOLUTIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> PATRICK BAGLIEN, CHRISTOPHER LAREAU, and VUE ROBOTICS, LLC, <br><br> Defendants. | Civil Action No. 1:22-cv-00401-SE |

## JOINT MOTION TO EXTEND CERTAIN DISCOVERY DEADLINES

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and Local Rules 7.1, 7.2, and 16.4(b), Plaintiff Frost Solutions, LLC, and Defendants Patrick Baglien, Christopher Lareau, and Vue Robotics, LLC (collectively, the "Parties"), by and through their respective counsel, submit the following Joint Motion to seek leave from the Court to extend certain discrete discovery deadlines after the December 31, 2025 deadline to complete fact discovery, stating in support:

1. The Parties have continued to conduct discovery diligently and cooperatively and are not seeking to extend any other deadlines in this case.

2. Fact discovery is currently scheduled to end on December 31, 2025, with expert discovery to be completed by February 4, 2026.

3. To date, the Parties have taken 14 fact depositions.

4. However, there remain several depositions which the Parties have not yet been able to complete. Many of these depositions are of non-parties, and have required subpoenas and in some cases, negotiations with counsel for the witnesses.

5. In addition, Defendants required certain discovery from Plaintiff prior to

conducting Plaintiff's Rule 30(b)(6) deposition, which has now been provided.

6.     The Parties anticipate the following depositions will need to be taken after December 31, 2025:

    a.  Ryan Kreager (non-party witness)

    b.  Rule 30(b)(6) deposition of Plaintiff

    c.  Concluding personal deposition for Mike Bott, principal of Plaintiff

    d.  Rule 30(b)(6) deposition of TAPCO (non-party witness)

    e.  Depositions of certain customers implicated by expert disclosures who are beyond the jurisdictional reach of trial subpoenas

7.     For this last category of depositions, Defendants anticipate that they will take 6-8 customer depositions and have agreed to provide the identities of those customers to Plaintiff by February 1, 2026.

8.     The Parties agree that that they will work to schedule and complete these depositions as expeditiously as possible, but will complete all remaining depositions by March 15, 2026.

9.     In addition, on November 17, 2025, the Parties agreed to extend certain expert disclosure deadlines, the first of which depended upon the timing of Vue's 30(b)(6) deposition, which was delayed due to the timing and review of certain document productions.  The previously agreed-upon expert disclosure deadlines are now included in the "Proposed Deadline" column in the chart below and in the attached Civil Form 3.  The parties have been working cooperatively to reschedule those events in light of the currently existing deadlines.

10.     Pursuant to LR 7.2(a)(ii), the requested extension to the current fact discovery deadline, for the sole purpose of completing the above-identified fact depositions, and the

previously agreed upon expert disclosure deadlines are listed below, followed by the remaining

deadlines in this case.  The chart below is also contained in the Civil Form 3 filed herewith in

accordance with LR 7.2(a)(iii).

| Scheduling Designation | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline to serve disclosures and initial expert reports by party who has the burden of proof | 11/17/2025 | 11/28/2025 |
| Completion of Fact Discovery | 12/31/2025 | 3/1/2026 |
| Deadline to serve rebuttal expert reports | 01/06/2026 | 1/13/2026 |
| Deadline for supplementation under Fed. R. Civ. P. 26(e)(2) for party with the burden of proof | 01/20/2026 | 1/24/2026 |
| Deadline for responsive supplementation under Fed. R. Civ. P. 26(e)(2) | 02/03/2026 | 2/4/2026 |
| Deadline to complete expert discovery | 02/03/2026 | 2/4/2026 |
| Deadline to file dispositive motions/summary judgment motions | 02/16/2026 | No change |
| Deadline to file challenges to expert testimony (no later than 45 days before trial) | 04/15/2026 | No change |
| Final pretrial statements due | 05/15/2026 | No change |
| LR 16.2(d) Objections due | 05/29/2026 | No change |
| Two-week jury trial session | 06/16/2026 | No change |

11.    In accordance with LR 7.1(c), the Parties' counsel have conferred in good faith,

and jointly request the relief sought in this Motion.

12.    Pursuant to LR 7.1(a)(2), the Parties believe that a supporting memorandum is

unnecessary because the relief requested herein is discretionary.

WHEREFORE, Plaintiff Frost Solutions, LLC and Defendants Patrick Baglien,

Christopher Lareau, and Vue Robotics, LLC, through their respective counsel, respectfully

request that the Court:

(A)    Grant this Joint Motion; and

(B)    Grant such other and further relief as the Court may deem just and equitable.

Dated: December 31, 2025

FROST SOLUTIONS, LLC,

By its attorneys,

/s/ Laura L. Carroll
Laura L. Carroll (NH Bar No. 17444)
ARENTFOX SCHIFF LLP
800 Boylston Street, 32nd Floor
Boston, MA 02199
Tel: (617) 973-6100
Email: laura.carroll@afslaw.com

Todd A. Rowden (admitted pro hac vice)
James L. Oakley (admitted pro hac vice)
T. Hudson Cross, IV (admitted pro hac vice)
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
Tel: (312) 527-4000
Email: trowden@taftlaw.com
Email: joakley@taftlaw.com
Email: hcross@taftlaw.com

Amir R. Tahmassebi (admitted pro hac vice)
KONICEK & DILLON, P.C.
70 West Madison Street, Suite 2060
Chicago, IL 60602
Tel: (312) 328-9166
Email: amir@konicekdillonlaw.com

Respectfully submitted,

PATRICK BAGLIEN, CHRISTOPHER
LAREAU AND VUE ROBOTICS, LLC,

By their attorneys,

/s/ Abbygale M. Dow
David W. McGrath (NH Bar No. 9347)
James P. Harris (NH Bar No. 15336)
Ryan P. Lirette (NH Bar No. 19561)
Abbygale M. Dow (NH Bar No. 272938)
SHEEHAN PHINNEY BASS & GREEN, P.A.
1000 Elm Street, 17th Floor
Manchester, NH 03101
Tel: (603) 627-8255
Email: dmcgrath@sheehan.com
Email: jharris@sheehan.com
Email: rlirette@sheehan.com
Email: adow@sheehan.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically served copies of the foregoing on all counsel of record via the Court's CM/ECF system.

Dated:  December 31, 2025

/s/ Abbygale M. Dow
Abbygale Martinen Dow

4