UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| FROST SOLUTIONS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>PATRICK BAGLIEN, CHRISTOPHER LAREAU, and VUE ROBOTICS, LLC,<br><br>    Defendants. | Civil Action No. 1:22-cv-00401-SE |

**DEFENDANTS' ASSENTED-TO MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

Defendants Patrick Baglien, Christopher Lareau, and Vue Robotics, LLC (collectively, "Defendants"), by and through their undersigned counsel, and pursuant to Local Rule 7.1(a)(3), respectfully requests leave to file a Memorandum of Law in Support of its Motion for Partial Summary Judgment as to Plaintiff's Technology and Customer Information Trade Secret Claims (Counts I and II of the First Amended Complaint) in excess of 25 pages.  In support of this request, Counterclaim-Plaintiffs state as follows:

1.      In this action, Defendants will be filing a Motion for Partial Summary Judgment and intend to support that motion with a memorandum of law.  Local Rule 7.1(a)(3) limits memoranda in support of dispositive motions to twenty-five (25) pages without prior leave of Court.

2.      The memorandum of law is 35 pages.  It addresses two counts in the First Amended Complaint and provides a summary of the undisputed record relating to those Counts that has been culled from many depositions and the voluminous discovery.  The additional pages

are necessary to present the issues to the Court with as much clarity as possible while trying to maintain brevity.

3. Plaintiff's counsel assents to the relief requested herein.

4. No separate memorandum of law is necessary due to the discretionary relief sought.

WHEREFORE, Defendants respectfully request that the Court:

A. Allow it to file its Memorandum of Law in excess of 25 pages; and

B. Grant such other relief the Court deems just and proper.

Respectfully submitted,

PATRICK BAGLIEN, CHRISTOPHER LAREAU AND VUE ROBOTICS, LLC,

By their attorneys,

SHEEHAN PHINNEY BASS & GREEN, P.A.

Dated: February 17, 2026

/s/ James P. Harris
David W. McGrath (NH Bar No. 9347)
James P. Harris (NH Bar No. 15336)
Ryan P. Lirette (NH Bar No. 19561)
Abbygale M. Dow (NH Bar No. 272938)
1000 Elm Street, 17th Floor
Manchester, NH 03101
(603) 627-8152
dmcgrath@sheehan.com
jharris@sheehan.com
rlirette@sheehan.com
adow@sheehan.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically served copies of the foregoing on all counsel of record via the Court's CM/ECF system.

Dated: February 17, 2026

/s/ James P. Harris
James P. Harris