# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| FROST SOLUTIONS, LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>PATRICK BAGLIEN, CHRISTOPHER LAREAU, and VUE ROBOTICS, LLC,<br><br>　　　　　Defendants. | Civil Action No. 1:22-cv-00401-SE |

### DEFENDANT PATRICK BAGLIEN'S AND CHRISTOPHER LAREAU'S PARTIAL MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendants Patrick Baglien and Christopher Lareau move for partial summary judgment on Plaintiff Frost Solutions, LLC's ("Frost") claims for Breach of Separation Agreement against Lareau (Count III) and Tortious Interference with Contract against Baglien (Count VI). Specifically, both counts should be dismissed for the following reasons:

- Plaintiff's only rights in the Separation Agreement through a purported assignment that has no legal effect because Lareau did not consent to that assignment;

- The Separation Agreement is unenforceable for lack of consideration;

- The Separation Agreement cannot sustain a viable claim because the record is clear that it has not been breached, and in any event the Separation Agreement is overbroad and not salvageable through the doctrine of blue penciling; and

- Count VI against Lareau fails because the Separation Agreement is unenforceable, void, or has otherwise not been breached as discussed above.

Lareau and Baglien hereby incorporate their Memorandum of Law, which they are filing contemporaneously with this Motion. For the foregoing reasons, the Court should grant Baglien and Lareau summary judgment on Counts III and VI.

WHEREFORE, Baglien and Lareau request that the Court issue an order:

A. Granting them summary judgment on Count III;

B. Granting them summary judgment on Count VI; and

C. Granting any relief that it considers just and equitable.

Respectfully submitted,

**PATRICK BAGLIEN, CHRISTOPHER LAREAU, AND VUE ROBOTICS, LLC**

By their attorneys

Sheehan Phinney Bass & Green, P.A.

Dated: February 17, 2026         By: */s/ Ryan Lirette*
    David W. McGrath (# 9347)
    James P. Harris (# 15336)
    Ryan Lirette (# 19561)
    1000 Elm Street, P.O. Box 3701
    Manchester, NH 03105-3701
    603-627-8255
    dmcgrath@sheehan.com
    jharris@sheehan.com
    rlirette@sheehan.com

## CERTIFICATE OF SERVICE

I hereby certify that this pleading was served on this date on all parties of record through the Court's electronic filing system.

*/s/ Ryan Lirette*
Ryan Lirette

2