# EXHIBIT 2

# FILED UNDER SEAL

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| FROST SOLUTIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK BAGLIEN, CHRISTOPHER LAREAU, and VUE ROBOTICS, LLC,<br><br>Defendants. | Civ. Action No. 1:22-cv-00401-SE |

**NOTICE OF CONVENTIONAL FILING**

Please take notice that Patrick Baglien, Christopher Lareau, and Vue Robotics, LLC have conventionally filed the following attachment or exhibit: Exhibit 2 to Declaration of Christopher Lareau in Support of His Motion for Partial Summary Judgment on One Aspect of Count III (Breach of Separation Agreement).

This attachment or exhibit has not been filed electronically because it is subject to Paragraph 6 of the Protective Order (Doc. 28).

Respectfully submitted,

PATRICK BAGLIEN, CHRISTOPHER LAREAU, AND VUE ROBOTICS, LLC,

By their attorneys

Sheehan Phinney Bass & Green, P.A.

Dated: February 17, 2026

By: */s/ Ryan Lirette*

David W. McGrath (# 9347)
James P. Harris (# 15336)
Ryan Lirette (# 19561)
1000 Elm Street, P.O. Box 3701
Manchester, NH 03105-3701
603-627-8152
dmcgrath@sheehan.com;
jharris@sheehan.com;
rlirette@sheehan.com

**CERTIFICATE OF SERVICE**

I hereby certify that this pleading was served on this date on all parties of record through the Court's electronic filing system.

*/s/ Ryan Lirette*
Ryan Lirette