# EXHIBIT X

# Mini **RWIS**

## Weather Cameras for Snow & Ice Control

Solar Powered With Air Temperature, Pavement Temperature, IR Illumination And Lens De-Icing Capabilities

With easy installation and hassle-free operation, the mini RWIS is your eyes in the field. Keep track of pavement conditions in real time, reduce patrolling costs, ensure high level of safety and irrefutable proof of service.

## WHAT IS THE Mini RWIS?

Simply put come up the mini RWIS is and extremely rugged, easy to install solar powered time lapse camera with integrated air and pavement temperature sensors, lens de-icing system and long range infrared illumination for low light/night conditions.



## BEN

This website uses cookies to improve your web experience.
Accept

- ✓ Localized Snow Conditions

It is not uncommon for snow to be a local phenomenon with conditions changing sorry from here you already within short distances. The system helps keep an eye on local site conditions.

- ✓ **High Patrolling Costs**
  Frequent patrolling is one of the most common ways of ensuring that you have most up-to-date information about pavement conditions. Patrolling is resource intensive and costly. The mini RWIS lets you monitor all your areas simultaneously at a fraction of the cost

- ✓ **Excellent Training And Quality Control Tool**
  Ever wondered how well your staff are trained and how effective that new plow or de-icing material has been? Live pictures prove to be a great resource in evaluating staff performance and effectiveness of equipment and materials..

- ✓ **High Level Of Service Requirements**
  Sites requiring high level of service are ideal candidates for the mini RWIS. Keep an eye on these sites 24/7 and respond to hazardous conditions the moment they happen.

- ✓ **Insurance Claims**
  Reduce your liability by providing irrefutable proof of service with clear pavement images, air and pavement temperature in case of an insurance claim.

- ✓ **Extremely Durable**
  With most units sold five years ago still in service, the mini RWIS is extremely rugged and reliable. A modular design enables easy repairs in case of physical damage. Backwards compatibility of parts allows for easy upgrading without the need to replace the entire unit.

# The Mini RWIS

This website uses cookies to improve your web experience.



# BENEFITS

### Rugged Weatherproof Enclosure

Built to withstand harsh winter environment

### Lens Deicing System

Built in lens de-icing system to keep the lens clear of all snow and ice

### Air Temperature Sensor

Built in air temperature sensor (optional)

### Integrated Pavement Temperature Sensor

Integrated pavement temperature sensor (infrared and physical probe options available)

### Cellular Cor

This website uses cookies to improve your web experience.

Cellular connectivity with no need for wifi or wired internet connection. Sim card and data plan included

### Web Portal & Mobile App

Easy to use web portal and mobile app with automatic push notifications for hazardous pavement conditions

### Solar Powered

Solar powered with no need to recharge the batteries. Up to 14 days of backup power in case of low sunlight conditions.

### Additional Camera Heads

The ability to add up to four camera heads to a single unit providing additional coverage at a fraction of the cost of adding additional units.

### Open APIs

Open APIs for integration with other platforms

### Integration With Weather Service Providers

Integration with weather service providers for snow totals

### Monitoring Reports

Machine vision assisted pavement condition monitoring reports.

This website uses cookies to improve your web experience.

### Easy Installation

With included straps and flanged sign mounting brackets make the MINI RWIS a simple and quick install

# ADDONS

### Lens Deicing System

Open APIs for integration with other platforms

### Air Temperature & Humidity Sensor

Integration with weather service providers for snow totals

### Integrated Pavement Temperature Sensor

Machine vision assisted pavement condition monitoring reports.

### Additional cam heads

With included straps and flanged sign mounting brackets make the MINI RWIS a simple and quick install

**Company**

**Support**

**Get the App**

Available on the App Store

Get it on Google Play

© 2024 Viaesys. All rights reserved

Privacy Policy

This website uses cookies to improve your web experience.

# Vaisala Elements Lite

## Product Spotlight

**Real-time, user-friendly weather intelligence for critical operations**

Weather conditions can shift unexpectedly, and critical operations need more than forecasts to maintain peak performance.

Vaisala Elements Lite is the industry's most comprehensive, flexible, and secure software for the collection and visualization of weather observations and forecasts. Integrated with automatic weather stations and sensors, it provides teams with real-time, accurate data to improve operational safety, protect infrastructure and optimize efficiency.



## Key benefits

**Reduce operational downtime** through reliable 24/7 weather monitoring and forecast visualization, including operation-specific warnings.

**Enhance decision-making speed** with real-time data presented in custom dashboards on desktop and mobile devices.

**Ensure regulatory compliance** with WMO-certified sensors, validated measurement accuracy and long-term data archival features.

**Protect your investment** through enterprise-grade cybersecurity and future-ready expandable architecture.

**Deploy quickly** with standard configuration options and streamlined installation processes.

## Why Vaisala?

As the global leader in weather and environmental measurements, Vaisala provides trusted weather observations for a sustainable future. With nearly 90 years of innovation and expertise plus customers in 170+ countries from the North and South Poles to Mars, we help provide the most reliable and accurate weather and climate information for better and safer daily lives.

Our instruments and intelligence are known as the gold standard for precision and reliability. As a sustainability leader we enable meteorology professionals to better understand, forecast and explain climate change. We continue to channel our curiosity into climate action and new ways of enabling a better planet for all.

### Streamlined weather intelligence that delivers when it matters

Elements Lite integrates securely and seamlessly with automatic weather stations and sensors. Tailored for industries with weather-critical ground operations, Elements Lite delivers real-time data from one or more sites.

Elements Lite ensures accurate, actionable insights to enhance safety and operational efficiency. It supports a wide range of Vaisala sensors and offers real-time output to other systems through Modbus and OPC-UA protocols, making it ideal for environments where weather impacts safety, logistics and mission critical decisions.

Teams can connect from desktop and mobile devices to get key parameters such as air temperature, visibility, precipitation and lightning. Configurable dashboards and warning thresholds support diverse operational needs with the best user experience.

The software also integrates with Vaisala's Xweather global lightning detection network, forecast data, and forecast map layers for dependable local weather information.

Built on a secure architecture with precise user permissions, Elements Lite supports up to 50 sites per server. It also offers global data distribution and long-term archiving through Vaisala's Elements Online cloud platform.

Backed by our decades of expertise and trusted in over 170 deployments worldwide, Elements Lite empowers organizations to make informed decisions with confidence and ease.

### Applications

- Disaster response (flood, wildfires)
- Continuous, traceable climatological data for research purposes
- Ports, harbors and coastal monitoring
- Mining & construction (flood risk, crane operations)
- Transport (rail, road bridges, ski lifts)
- Agriculture
- Defense
- Space launches

Ref. B213033EN-A
©Vaisala 2025

# Automatic Weather Station AWS810

VAISALA

Product Spotlight

**Providing trusted weather observations for a sustainable future**

Empowering communities across the world to keep their citizens safe and secure.

The Vaisala Automatic Weather Station AWS810 enables modern, high-quality surface weather observation networks anywhere in the world. It is a comprehensive measurement, communication, and data monitoring solution that makes modern observation networks easy to create, manage, and maintain over a long lifespan.



## Key benefits

Excellent expandability & flexibility including compability with Vaisala or third-party sensors.

Secure communication protocols for Vaisala APIs & the customers' data collection interfaces.

Data Management Unit DMU801 providing unrivaled scalability & modularity.

Modern security architecture including secure boot and security-hardened hardware components.

High efficiency courtesy of advanced remote diagnostics & control, remote software & configuration downloads, and long calibration intervals.

Supports enhanced network management through sensor metadata, remote updates & remote configuration management (w/ Vaisala Network Manager NM10).

## Why Vaisala?

As the global leader in weather and environmental measurements, Vaisala provides trusted weather observations for a sustainable future. With over 85 years of experience and customers in 170+ countries, from the North and South Poles to Mars, we help provide the most reliable and accurate weather and climate information for better and safer daily lives.

Our instruments and intelligence are known as the gold standard for precision and reliability. As a sustainability leader we enable meteorology professionals to better understand, forecast and explain climate change. We continue to channel our curiosity into climate action and new ways of enabling a better planet for all.

The World Meteorological Organization notes that community safety and well-being depend on global, 24/7 weather observations. Today there are large geographical gaps in availability, and many observations are either not made at all or not shared well enough.

AWS810 is a generational leap in the industry, enabling first-class surface weather observations, future readiness, plus a modern, secure, and integrated network architecture. It enables users around the world to easily integrate and manage a variety of sensors, and create efficient surface observation networks that provide high-quality, shareable, actionable data.

Enhanced by the open-design Vaisala Data Management Unit DMU801, AWS810 allows unprecedented flexibility and design freedom. It is a onestop, complete network solution that meets today’s needs while enabling unmatched future-readiness.

**Applications:**

- Real-time synoptic observation and monitoring of weather-critical events
- Continuous, traceable climatological data for a variety of agency, government, and research purposes

Ref. B212406EN-B
©Vaisala 2024

VAISALA Xweather

# Weather API

Power your applications with the most reliable, enterprise-ready weather API available—trusted by businesses and governments worldwide.

Get started

Talk to an expert

FedEx NETFLIX Carrier Microsoft SIEMENS Pfizer FlightAware ebay aws American Airlines BMW

MCP RELEASE

Vaisala Xweather

# Xweather MCP is here - start building!

Integrate the industry's most reliable weather data into your AI workflows with Xweather MCP. Direct API access enables your AI agents to query, analyze, and use weather information for automated decision-making.

Get started

See documentation

ENGINEERED FOR RELIABILITY

## Vaisala Xweather delivers high-resolution, real-time data through a globally distributed infrastructure

Our weather API is continuously supported by researchers working to enhance accuracy, reliability, and data depth.

### Built for stability, uptime, and scale

Every release is backed by rigorous unit testing, dedicated QA oversight, and load testing across environments, then deployed on a multi-region cloud infrastructure powered by AWS and its global content delivery network.

### AI-enhanced weather insights

Xweather's weather API uses machine learning models, refining forecasts in real time to deliver highly precise and hyperlocal weather insights.

### Expert support

Our customer success team works alongside your team to ensure seamless integration and long-term value from our weather data solutions.

## API endpoints

Beyond global forecasting, our API unlocks access to high-resolution datasets and one-of-a-kind weather endpoints built for advanced applications.

VAISALA Xweather

### Hail

Xweather's hail API endpoints deliver real-time hail forecasts and validated historical data to support risk assessment and asset protection.

- Forecast hail in real time
- Access validated hail history
- Integrate hail data into web apps and dashboards using our Raster maps API or MapsGL.

---

Learn more →

### Lightning

Xweather's lightning endpoints give you real-time and historical lightning data, threat zones, and analytics—backed by the world's most trusted lightning detection network.

- Track strikes, flashes, and threats with pinpoint accuracy, from nowcasts to archives dating back to 2016.
- Map lightning threat zones and density trends
- Integrate high-resolution global data into your systems via API, webhooks, or MapsGL

---

Learn more →

### Road weather conditions

The road weather conditions API endpoints deliver real-time and forecasted insights on:

- Road surface states (wet, snowy, icy)
- Water, snow, and ice thickness
- High-resolution forecasts powered by advanced modeling and sensor networks

---

Learn more →

### Phrases API

The Phrases API transforms raw weather data into real-time, natural language summaries—so users understand the forecast without needing a meteorologist.

- Customizable, AI-generated summaries in 50+ languages for alerts, conditions, and activity-specific impacts
- Personalize tone and delivery style—from casual to broadcast-ready
- Ideal for apps, media, logistics, emergency comms, and even social posts

---

Learn more →

VAISALA Xweather

### Severe weather endpoints

Explore severe weather endpoints that deliver real-time and historical insights on extreme weather, helping businesses track, prepare for, and respond to disruptive events.

- Global government-issued alerts available in
- Impact-based intelligence – Activity-specific weather insights to assess risk by business need (`/impacts/:activity`)
- Deep historical access – Archives for hail, lightning, and storm reports dating back decades for validation and planning

View all →

### Maritime

Xweather's Maritime API endpoint delivers global, high-resolution marine weather data with 6-hour update cycles and customizable time intervals.

- Monitor waves, currents, tides, and storm surge
- Access forecasts up to 15 days ahead, plus 48-hour history
- Query by location or route to support vessels in motion

View all →

### Impacts

The Impacts API endpoints forecast how current and short-term weather conditions affect specific activities across land and sea, helping users assess operational risks in real time.

- Supports location (`:id`) and route-based queries to evaluate impact severity (0–5) for activities like trucking, outdoor events, and maritime operations.
- Integrates drivers like lightning, extreme temperatures, wind, road weather, and air quality into impact scores with supporting metadata.
- Provides near real-time forecasts and risk evaluations with full global reach, updated continuously for timely situational awareness.

View all →

VAISALA Xweather

# Integrations made easy

**Developer SDKs + Toolkits**

Our software development kits for iOS, Android, and JavaScript make it easy to integrate Xweather data into your apps and platforms—with the tools you need to move from prototype to production.

**Explore endpoints and test queries**

Our API wizards make it easy to access advanced weather data and imagery—no technical background required. Whether you're exploring options or deploying a solution, you'll get the insights you need in just a few clicks.




# Webhooks and pushed data

Xweather webhooks provide timely notifications of the weather events that you care about most. Eliminate the need for continuous polling, along with the need to worry about missing critical alerts. Webhooks deliver all of your weather events - whether it be lightning, approaching storms, or other - rapidly and directly right to you. Contact our team to explore configuration options and access.

Talk to an expert

View the documentation →

VAISALA Xweather

# Advanced mapping libraries

## Raster Maps

Raster Maps is a tile mapping tool ideal for still-image weather visualizations, offering 100+ layers compatible with basemap providers like MapBox, Google Maps, and Leaflet. Raster Maps accesses are one-to-one with Weather API queries.

Learn more

Raster layers →

## MapsGL

Visualize weather data in ways never possible before: MapsGL leverages WebGL for smooth, data-encrypted weather animations — powered by the Weather API, optimized for low-bandwidth use, and highly customizable.

Learn more

Vector layers →

## Xweather Live

Explore real-time lightning strikes, wildfire boundaries, maritime data, and more — in Xweather's browser based weather app. Xweather Live gives you a view of what's possible when you build with Xweather.

Explore Xweather Live

# Weather API trials and pricing

Get started with a **free 30-day trial** of our **Weather API**.

**Get started**

Pricing ↗

# Get in touch with our experts

Our experts are here to help you evaluate the right solution for your operational and technical needs.

VAISALA Xweather

First name

Last name *

Company name *

Company email *

Phone

Country *

Select your country

What is your business need?

Choose an option

Industry

Select your industry

What is your job role?

Choose an option

Tell us what you're working on

☐ I agree to the Xweather Terms of Service and Privacy Policy. I also agree to receive emails from Xweather on educational resources, events, product and service updates. You will be able to opt-out or modify the frequency of marketing emails at any time.

Submit

# FAQs

**Where does Xweather get its weather data?** +

Vaisala Xweather

**How do you set up a webhook endpoint?** +

**How do I integrate the weather API into a Next.js project?** +

**What is API rate limiting?** +

**Can I access Xweather data through my preferred data platform?** +

**How can I protect my Weather API credentials?** +



© 2026 Vaisala Terms of Service Privacy Policy

VAISALA

# Road Weather Station RWS200

Product Spotlight

**Accurate, reliable observations for road networks**

The Vaisala Road Weather Station RWS200 gives road operators a comprehensive, actionable understanding of local weather conditions so they can make better decisions, increase safety, and keep transportation networks operating smoothly.

RWS200 is IEC-compliant and tested in the harshest environments. Easy to use and configure, it offers intelligent system integration and interoperability. Even its enclosure is designed from years of experience in the field and careful materials analysis.



## Key benefits

RWS200 provides substantial advantages in cost, efficiency, and compatibility when deployed as a single, cohesive unit.

RWS200 offers unique remote service features, sophisticated analysis algorithms for road state, and smart power logic in the event of main power failures.

The support of multiple data formats ensures easy integration with other systems as needed.

RWS200 features built-in remote data access that allows for remote software updating, and it stores historical weather data for later retrieval and analysis.

Ethernet and 3G/4G cellular connections ensure that users receive an uninterrupted flow of information.

## Why Vaisala?

Vaisala's weather and environmental technologies take every measure for unrivaled road network awareness — keeping roadways safe and efficient in any season.

Our instruments and intelligence are built on over 90 years of expertise, and are known as the gold standard for precision and reliability. We understand how accurate data and insights do even more by driving sustainable road operations and climate action. Our holistic approach provides customers with end-to-end simplicity, valuable partnership, and a comprehensive portfolio that is constantly evolving.

As recognized experts in transportation, we continue to channel our curiosity into innovative ways of making roadways safer and more efficient than ever.

RWS200 enables several data collection and integration possibilities, with multiple protocols and message format options available to system integrators. It can integrate with other Vaisala technologies, like the Road Weather Information System (RWIS), or it can be flexibly incorporated into other RWIS systems.

### Applications

- Continuous reference-grade weather observations to make life- and cost-saving decisions for winter maintenance
- Traffic control applications or control of VSM signs for road networks and bridges for optimized safety
- Airport runway condition observations can be used to make timely runway safety critical treatment decisions

### Integrated Features

Comprehensive data outputs — System users receive a wide range of critical weather data:

- Humidity, temperature, and dew point
- Road surface and air temperatures
- Friction and ice/water layer measurement
- Road surface state assessment
- Visibility and present weather
- Rain accumulation and precipitation
- Wind speed and direction
- Water and snow depth
- Solar radiation

### Part of an integrated approach to modern winter maintenance

Vaisala Xweather Horizon, a winter maintenance decision support solution, integrates road weather data from all your road weather stations, IoT sensors and mobile sensors — giving you actionable insights into current and future conditions across the network. The fusion of real-time sensor data with our industry-leading road weather modeling and unmatched forecasting accuracy empowers proactive and confident decision-making.

Ref. B212061EN-D
©Vaisala 2024