# Exhibit 39

**EXHIBIT 71**

**Patrick M. Baglien**

**7/18/2025**

Reporter: Kathryn R. Sweeney
FAPR, RDR, CRR, LCR #00166

This is an audit of exports from your HubSpot account. You can download exports that are less than 30 days old. Learn more

| NAME | SOURCE | RECORDS | USER | DATE |
|---|---|---|---|---|
| All deals<br>Download expired  View history | View | 234 | Patrick Baglien<br>pbaglien@frostcontrolsys.com | 08/08/2021<br>1:41 PM |
| All deals<br>Download expired  View history | View | 229 | Patrick Baglien<br>pbaglien@frostcontrolsys.com | 08/07/2021<br>3:04 PM |
| All deals<br>Download expired  View history | View | 188 | Patrick Baglien<br>pbaglien@frostcontrolsys.com | 08/07/2021<br>3:00 PM |
| Custom Report<br>Download expired | Custom Report | 2,603 | Patrick Baglien<br>pbaglien@frostcontrolsys.com | 08/06/2021<br>10:22 AM |
| 2020 Deals<br>Download expired  View history | View | 209 | Patrick Baglien<br>pbaglien@frostcontrolsys.com | 07/23/2021<br>4:01 PM |
| All deals<br>Download expired  View history | View | 162 | User removed | 07/19/2021<br>11:54 AM |
| All deals<br>Download expired  View history | View | 162 | User removed | 07/19/2021<br>11:36 AM |
| All deals<br>Download expired  View history | View | 17 | User removed | 07/19/2021<br>11:36 AM |
| All deals<br>Download expired  View history | View | 24 | User removed | 07/19/2021<br>11:35 AM |
| All deals<br>Download expired  View history | View | 162 | User removed | 07/19/2021<br>11:33 AM |

Prev  1  2  3  **4**  5  6  7  8  9  10  11  Next    10 per page

Import Export Settings

https://app.hubspot.com/sales-products-settings/5833191/importexport

< Back to Reports

Settings

**Your Preferences**

General

Notifications

Security

**Account Setup**

Account Defaults

Users & Teams

Integrations

Marketplace Downloads

Tracking Code

Privacy & Consent

**Data Management**

Properties

Objects

  Contacts

  Companies

  Deals

  Tickets

  Products

Chat    Help



This is an audit of exports from your HubSpot account. You can download exports that are less than 30 days old. Learn more ⤢

| NAME | SOURCE | RECORDS | USER | DATE |
|------|--------|---------|------|------|
| All deals<br>⬤ Download expired | View | 65 | Patrick Baglien<br>pbaglien@frostcontrolsys.com | 06/22/2020<br>1.46 PM |
| All deals<br>⬤ Download expired | View | 65 | Patrick Baglien<br>pbaglien@frostcontrolsys.com | 06/22/2020<br>12.06 PM |
| All deals<br>⬤ Download expired | View | 65 | Patrick Baglien<br>pbaglien@frostcontrolsys.com | 06/22/2020<br>11.26 AM |
| All deals<br>⬤ Download expired | View | 65 | Patrick Baglien<br>pbaglien@frostcontrolsys.com | 06/22/2020<br>11.19 AM |
| My Export<br>⬤ Download expired | View | 62 | Patrick Baglien<br>pbaglien@frostcontrolsys.com | 06/22/2020<br>11.11 AM |
| All deals<br>⬤ Download expired | View | 55 | Patrick Baglien<br>pbaglien@frostcontrolsys.com | 05/13/2020<br>11.37 AM |
| All deals<br>⬤ Download expired | View | 55 | Patrick Baglien<br>pbaglien@frostcontrolsys.com | 05/13/2020<br>11.36 AM |
| All companies<br>⬤ Download expired | View | 436 | Patrick Baglien<br>pbaglien@frostcontrolsys.com | 03/25/2020<br>11.22 AM |
| All deals<br>⬤ Download expired | View | 43 | Patrick Baglien<br>pbaglien@frostcontrolsys.com | 03/17/2020<br>8.50 PM |
| All deals<br>⬤ Download expired | View | 43 | Patrick Baglien<br>pbaglien@frostcontrolsys.com | 03/17/2020<br>8.48 PM |

< Prev   2   3   4   5   6   7   8   9   10   **11**   12   Next >    10 per page ▾

**Settings**

**Your Preferences**
General
Notifications
Security

**Account Setup**
Account Defaults
Users & Teams
Integrations
Marketplace Downloads
Tracking Code
Privacy & Consent

**Data Management**
Properties
Objects
  Contacts
  Companies
  Deals
  Tickets
  Products

< Back to Reports

Chat   Help

FROST_0000002



FROST_0000003

This is an audit of exports from your HubSpot account. You can download exports that are less than 30 days old. Learn more

< Back to Analytics Tools

**Settings** Q

**Your Preferences**

General

Notifications

Security

**Account Setup**

Account Defaults

Users & Teams

Integrations ⌄

Marketplace Downloads

Tracking Code

Privacy & Consent

**Data Management**

Properties

Objects ⌄

Import & Export

**Tools**

Calling

Inbox ⌄

| NAME | SOURCE | RECORDS | USER | DATE |
|------|--------|---------|------|------|
| All deals  ⊛ Download expired | View | 17 | Cory Moore cmoore@frostcontrolsys.com | 09/17/2021 12:27 PM |
| All deals  ⊛ Download expired  View history | View | 224 | Cory Moore cmoore@frostcontrolsys.com | 09/17/2021 12:27 PM |
| All deals  ⊛ Download expired  View history | View | 25 | Cory Moore cmoore@frostcontrolsys.com | 09/16/2021 11:35 AM |
| All deals  ⊛ Download expired  View history | View | 222 | Cory Moore cmoore@frostcontrolsys.com | 09/16/2021 11:34 AM |
| All deals  ⊛ Download expired  View history | View | 222 | Cory Moore cmoore@frostcontrolsys.com | 09/16/2021 11:25 AM |
| All deals  ⊛ Download expired  View history | View | 221 | Cory Moore cmoore@frostcontrolsys.com | 09/16/2021 8:24 PM |
| All deals  ⊛ Download expired  View history | View | 216 | Patrick Baglien pbaglien@frostcontrolsys.com | 09/08/2021 1:13 PM |
| All deals  ⊛ Download expired  View history | View | 216 | Patrick Baglien pbaglien@frostcontrolsys.com | 09/08/2021 1:12 PM |
| All deals  ⊛ Download expired  View history | View | 237 | Patrick Baglien pbaglien@frostcontrolsys.com | 08/11/2021 10:09 AM |
| Custom Report  ⊛ Download expired | Custom Report | 2,617 | Patrick Baglien pbaglien@frostcontrolsys.com | 08/08/2021 2:43 PM |

< Prev  1  2  **3**  4  5  6  7  8  9  10  11  Next >    10 per page ⌄

Chat   Help

FROST_0000004



This is an audit of exports from your HubSpot account. You can download exports that are less than 30 days old. Learn more

< Back to Reports

Settings

**Your Preferences**

General

Notifications

Security

**Account Setup**

Account Defaults

Users & Teams

Integrations

Marketplace Downloads

Tracking Code

Privacy & Consent

**Data Management**

Properties

Objects

Contacts

Companies

Deals

Tickets

Products

| NAME | SOURCE | RECORDS | USER | DATE |
|------|--------|---------|------|------|
| My deals<br>Download expired   View history | View | 27 | User removed | 06/14/2021<br>9:56 AM |
| All deals<br>Download expired   View history | View | 20 | User removed | 06/07/2021<br>12:34 PM |
| All deals<br>Download expired   View history | View | 20 | User removed | 06/07/2021<br>12:17 PM |
| All deals<br>Download expired   View history | View | 123 | Patrick Baglien<br>pbaglien@frostcontrolsys.com | 05/11/2021<br>8:55 AM |
| All contacts<br>Download expired   View history | View | 5,771 | User removed | 05/10/2021<br>11:09 AM |
| All deals<br>Download expired   View history | View | 170 | Patrick Baglien<br>pbaglien@frostcontrolsys.com | 04/23/2021<br>11:49 AM |
| All deals<br>Download expired   View history | View | 162 | Patrick Baglien<br>pbaglien@frostcontrolsys.com | 03/29/2021<br>12:19 PM |
| All deals<br>Download expired | View | 163 | Patrick Baglien<br>pbaglien@frostcontrolsys.com | 02/10/2021<br>11:30 AM |
| All deals<br>Download expired   View history | View | 163 | Patrick Baglien<br>pbaglien@frostcontrolsys.com | 01/29/2021<br>12:50 PM |
| All deals<br>Download expired   View history | View | 163 | Patrick Baglien<br>pbaglien@frostcontrolsys.com | 01/28/2021<br>2:26 PM |

< Prev  1  2  3  4  5  6  7  8  9  10  11  Next >   10 per page ▾

Chat   Help

FROST_0000005

Case 1:22-cv-00401-SE   Document 129-40   Filed 03/19/26   Page 7 of 13



FROST_0000006



FROST_0000007





This is an audit of exports from your HubSpot account. You can download exports that are less than 30 days old. Learn more

| NAME | SOURCE | RECORDS | USER | DATE |
|------|--------|---------|------|------|
| All deals<br>Download expired  View history | View | 15 | Patrick Baglien<br>pbaglien@frostcontrolsys.com | 10/09/2020<br>10:42 AM |
| All deals<br>Download expired | View | 122 | Patrick Baglien<br>pbaglien@frostcontrolsys.com | 09/28/2020<br>11:15 AM |
| My deals<br>Download expired | View | 27 | User removed | 09/28/2020<br>10:41 AM |
| My deals<br>Download expired | View | 27 | User removed | 09/28/2020<br>10:39 AM |
| All deals<br>Download expired  View history | View | 122 | Patrick Baglien<br>pbaglien@frostcontrolsys.com | 09/28/2020<br>9:57 AM |
| All deals<br>Download expired  View history | View | 122 | Patrick Baglien<br>pbaglien@frostcontrolsys.com | 09/28/2020<br>9:56 AM |
| All deals<br>Download expired | View | 122 | Patrick Baglien<br>pbaglien@frostcontrolsys.com | 09/28/2020<br>9:55 AM |
| All deals<br>Download expired  View history | View | 122 | Patrick Baglien<br>pbaglien@frostcontrolsys.com | 09/28/2020<br>9:53 AM |
| All deals<br>Download expired  View history | View | 122 | Patrick Baglien<br>pbaglien@frostcontrolsys.com | 09/28/2020<br>9:52 AM |
| All deals<br>Download expired  View history | View | 121 | Patrick Baglien<br>pbaglien@frostcontrolsys.com | 09/21/2020<br>10:31 AM |

Prev   2   3   4   5   6   7   8   9   10   11   12   Next   10 per page

Settings

Back to Reports

Your Preferences

General

Notifications

Security

Account Setup

Account Defaults

Users & Teams

Integrations

Marketplace Downloads

Tracking Code

Privacy & Consent

Data Management

Properties

Objects

Contacts

Companies

Deals

Tickets

Products

Chat   Help

FROST_0000009



FROST_0000010

This is an audit of exports from your HubSpot account. You can download exports that are less than 30 days old. Learn more

| NAME | SOURCE | RECORDS | USER | DATE |
|---|---|---|---|---|
| All deals<br>⊜ Download expired  View history | View | 17 | User removed | 07/19/2021<br>11:33 AM |
| New deals created<br>⊜ Download expired  View history | View | 23 | User removed | 07/19/2021<br>11:03 AM |
| Activity leaderboard by rep with type breakdown<br>⊜ Download expired  View history | View | 3,662 | User removed | 07/19/2021<br>10:53 AM |
| Custom Report<br>⊜ Download expired | Custom Report | 6,579 | User removed | 07/13/2021<br>7:14 PM |
| All deals<br>⊜ Download expired  View history | View | 24 | Patrick Baglien<br>pbaglien@frostcontrolsys.com | 07/13/2021<br>6:13 PM |
| All deals<br>⊜ Download expired  View history | View | 17 | Patrick Baglien<br>pbaglien@frostcontrolsys.com | 07/13/2021<br>6:14 PM |
| My Export<br>⊜ Download expired  View history | View | 182 | Patrick Baglien<br>pbaglien@frostcontrolsys.com | 07/13/2021<br>5:59 PM |
| Custom Report<br>⊜ Download expired | Custom Report | 2,358 | Patrick Baglien<br>pbaglien@frostcontrolsys.com | 07/12/2021<br>11:21 AM |
| Custom Report<br>⊜ Download expired | Custom Report | 22 | User removed | 07/06/2021<br>3:04 PM |
| Custom Report<br>⊜ Download expired | Custom Report | 22 | User removed | 07/06/2021<br>3:00 PM |

< Prev  1  2  3  4  **5**  6  7  8  9  10  11  Next >    10 per page ⌄

FROST_0000011

Case 1:22-cv-00401-SE    Document 129-40    Filed 03/19/26    Page 13 of 13



This is an audit of exports from your HubSpot account. You can download exports that are less than 30 days old. Learn more

| NAME | SOURCE | RECORDS | USER | DATE |
|------|--------|---------|------|------|
| My deals<br>Download expired  View history | View | 31 | User removed | 01/14/2021<br>9:41 AM |
| All deals<br>Download expired  View history | View | 162 | Patrick Baglien<br>pbaglien@frostcontrolsys.com | 01/08/2021<br>9:36 AM |
| All deals<br>Download expired  View history | View | 162 | Patrick Baglien<br>pbaglien@frostcontrolsys.com | 01/08/2021<br>9:34 AM |
| All deals<br>Download expired  View history | View | 162 | Cory Moore<br>cmoore@frostcontrolsys.com | 01/07/2021<br>1:37 PM |
| All deals<br>Download expired  View history | View | 162 | Patrick Baglien<br>pbaglien@frostcontrolsys.com | 12/16/2020<br>4:03 PM |
| All deals<br>Download expired  View history | View | 162 | Patrick Baglien<br>pbaglien@frostcontrolsys.com | 12/11/2020<br>10:32 AM |
| All deals<br>Download expired  View history | View | 23 | Patrick Baglien<br>pbaglien@frostcontrolsys.com | 11/11/2020<br>2:10 PM |
| All deals<br>Download expired  View history | View | 146 | Patrick Baglien<br>pbaglien@frostcontrolsys.com | 11/05/2020<br>12:16 PM |
| All deals<br>Download expired  View history | View | 16 | Patrick Baglien<br>pbaglien@frostcontrolsys.com | 10/23/2020<br>12:35 PM |
| Deal closed totals vs. goal<br>Download expired  View history | View | 113 | Patrick Baglien<br>pbaglien@frostcontrolsys.com | 10/16/2020<br>11:02 AM |

Prev  2  3  4  5  6  7  8  9  10  11  12  Next   10 per page

FROST_0000012