**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| FROST SOLUTIONS, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>PATRICK BAGLIEN, CHRISTOPHER LAREAU, and VUE ROBOTICS, LLC,<br><br>        Defendants. | Civil Action No. 1:22-cv-00401-SE |

**DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON CONTRACT ISSUES**

Patrick Baglien, Christopher Lareau, and Vue Robotics, LLC (collectively, "Defendants") submit this Objection to Plaintiff's Motion for Partial Summary Judgment on Contract Issues (the "Motion"). As described in Defendants' accompanying Memorandum of Law, the Motion should be denied for two principal reasons.

- *First*, that Motion requests summary judgment on the issue of the validity of several contracts. Yet, there are several reasons why those contracts are unenforceable, not valid, and not fit for summary judgment.

- *Second*, the Motion seeks summary judgment on the issue of whether Defendants Baglien and Lareau have breached certain covenants in their agreements with Plaintiff. But, the evidence adduced by Frost demonstrates that no breaches occurred or, at the very least, factual questions exist as to whether any breaches occurred.

Give this, Plaintiff's Motion for Summary Judgment should be denied. Defendants rely on their accompanying Memorandum of Law, which is being filed contemporaneously with this Objection.

WHEREFORE, Defendants respectfully request that the Court:

A.    Deny Plaintiff's Motion for Partial Summary Judgment on Contract Issues; and

B.    Grant such other relief the Court deems just and proper.

Respectfully submitted,

PATRICK BAGLIEN, CHRISTOPHER LAREAU AND VUE ROBOTICS, LLC,

By their attorneys,

SHEEHAN PHINNEY BASS & GREEN, P.A.

Dated: March 19, 2026

*/s/ Ryan P. Lirette*
David W. McGrath (NH Bar No. 9347)
James P. Harris (NH Bar No. 15336)
Ryan P. Lirette (NH Bar No. 19561)
Abbygale M. Dow (NH Bar No. 272938)
1000 Elm Street, 17th Floor
Manchester, NH 03101
(603) 627-8152
dmcgrath@sheehan.com
jharris@sheehan.com
rlirette@sheehan.com
adow@sheehan.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically served copies of the foregoing on all counsel of record via the Court's CM/ECF system.

Dated:  February 17, 2026

*/s/ Ryan P. Lirette*
Ryan P. Lirette