# EXHIBIT 1

# FILED UNDER SEAL

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| FROST SOLUTIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK BAGLIEN, CHRISTOPHER LAREAU,<br>and VUE ROBOTICS, LLC,<br><br>Defendants. | Civ. Action No. 1:22-cv-00401-SE |

**NOTICE OF CONVENTIONAL FILING**

Please take notice that Patrick Baglien, Christopher Lareau, and Vue Robotics, LLC have conventionally filed the following attachment or exhibit:  Exhibit 1, excerpts of Patrick Baglien deposition transcript dated July 18, 2025.

This attachment or exhibit has not been filed electronically because it is subject to Paragraph 6 of the Protective Order (Doc. 28).

Respectfully submitted,

PATRICK BAGLIEN, CHRISTOPHER LAREAU,
AND VUE ROBOTICS, LLC,

By their attorneys

Sheehan Phinney Bass & Green, P.A.

Dated:  March 19, 2026          By: */s/      Ryan Lirette*
David W. McGrath (# 9347)
James P. Harris (# 15336)
Ryan Lirette (# 19561)
1000 Elm Street, P.O. Box 3701
Manchester, NH 03105-3701
603-627-8152
dmcgrath@sheehan.com;
jharris@sheehan.com;
rlirette@sheehan.com,

## CERTIFICATE OF SERVICE

I hereby certify that this pleading was served on this date on all parties of record through the Court's electronic filing system.

/s/ Ryan Lirette
James P. Harris