# **EXHIBIT 7**

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW HAMPSHIRE


FROST SOLUTIONS, LLC,                    )

                Plaintiff,        ) Case No.

         -vs-                   ) 1:22-cv-00401-SE

PATRICK BAGLIEN, CHRISTOPHER    )

LAREAU, and VUE ROBOTICS, LLC, )

           Defendants.       )




REMOTE VIDEOTAPED VIDEO-TELECONFERENCED

DEPOSITION OF

MARIO BONARDI


Monday, September 8, 2025

10:01 A.M. MST

Billings, Montana






REPORTED BY: Susan K. Today, CSR-IL, RPR

Ref. #40761

Page 10

company named Kendrion of Mishawaka, part of Kendrion International. At that I was a design engineer working on solenoids. And then I was moved into a high-potential employee program where I rotated around the business and did manufacturing engineering, sales, quality engineering, production, obviously did design.

Before I finished that rotational program I was offered a job at a start-up in California named Diality. I moved to California for that job. I was the engineering manager, later promoted to the director of engineering. I was employee No. 4. While I was there we got the product through animal trials and grew it to being maybe 125 people.

I didn't much like California so I moved back home to take a job at a company named AgenDx, another start-up doing cancer research using microRNA at the University of Notre Dame. Kind of took that to the end where we kind of proved the technology they had wasn't quite capable of detecting microRNA well enough at low volumes with circulating blood.

At that time I met Brad, the founder of Frost, and I joined the Frost team.

Page 11

Q.   What was Brad's last name?
A.   What is Brad's last name?
Q.   Tener?
A.   Tener, yes.  Brad Tener.
I think I was there for like two-and-a-half years or something like that, eventually was VP of engineering and operations.

After leaving Frost I went to work at a nuclear plant for a while there in Cook -- by Cook and then got a job as a senior mechanical engineer for a company named Deer Management Systems which owns the REVEAL Trail Camera brand, Defense Security brand, and the FeatherSnap smart bird feeder.

I spent about six months as a senior mechanical engineer, was promoted to director of engineering, and a couple months later VP of engineering, and now senior vice president of product and engineering.

That is my work history.
Q.   Thank you.  Can we go back to your time at Frost Technologies?
A.   Yes.
Q.   Would you tell us, when did you start at Frost, Mario?  And may I call you Mario?

Page 12

A.   Yes, you may.
Am I allowed to look at my LinkedIn real quick to tell you exact dates?
Q.   Absolutely.
A.   It's been a while.  I started at Frost on November -- in November of 2019.
Q.   And you left around May of 2022?
A.   I left in May of 2022 it looks like.
Q.   So let's go back to November 2019 at Frost.  What was your position there then, sir?
A.   I think I started as like a lead engineer.  Yeah, I think lead engineer was my first job there.
Q.   And you're looking at your LinkedIn profile to show you the dates?
A.   Yes.
Q.   And again, this is best recollection. It's not a memory test for you.  So it's okay if you don't remember exactly.  That's just fine.
What were your duties and responsibilities in the engineering department at Frost when you started?
A.   So the first thing I did was -- so we did production in-house there in the Idea Center. So the first thing I did was clean up the

Page 13

production line, put in a U-style line with stations doing particular jobs rather than one person building the center from scratch.

I later moved on to take over the design of the second -- or redesign the first product.

And that was probably the first two things I did there.
Q.   What was the product that Frost had when you began with the company?
A.   When I started there they had the RWIS -- I guess we'd call it the 1.0.  So we're on the 2.0.  In its original form it had a remote road temperature sensor, an IR sensor, a humidity sensor, and an air temperature sensor.  And it communicated through Cat-1 using a device called FiPy to the cellular network and then to our back end and sprayed it in and out.
Q.   Who were the customers of Frost at this time?
A.   Primarily municipalities, county street departments at the time.
Q.   What is the use of this product by those customers?
A.   At that time it was purely to determine the road temperature and local weather conditions

Page 118

power source, weather sensors, camera. Do you see that?

A. Yes, sir.

Q. Are all those items you worked on at Frost, specifically an enclosure for the device, a power source, weather sensors, and camera?

A. Yes, sir. The only things that stand out that we I don't believe discussed while I was at Frost was full-motion video and digital zoom capabilities.

Q. Okay. But the other items you did?

A. All other items we did.

Q. If we turn to the next page, VUE 27265, it says "User Interface Dashboard." Do you see that?

A. "User Interface Dashboard."

Q. 27265.

A. Oh, up there. I was looking in the boxes. Sorry.

Q. Do you see that, sir?

A. Yes, sir.

Q. Is the dashboard something you discussed while at Frost regarding the Frost products?

A. Yes. That was the app.

Q. Did the dashboard that you discussed

Page 119

include systems observations, reporting maps, weather forecast data, and alerts?

A. Yes, sir.

Q. Are you familiar with Vue Robotics, Mario?

A. I am now, yes.

Q. Do you know that Vue Robotics was formed by Mr. Baglien and Mr. Lareau?

A. Yes, sir.

Q. Do you know that Vue Robotics has a product that it sells that monitors weather and conditions and provides information relative to that monitoring to its customers?

A. Yes, sir.

Q. You worked extensively with Mr. Baglien and Mr. Lareau while they were employed by Frost, correct?

A. Yes, sir.

Q. What were their engineering capabilities?

A. They didn't have any.

Q. Based on your experience of working with Mr. Lareau and Mr. Baglien, could they have engineered, designed, and manufactured a device that monitors conditions, takes photographs,

Page 120

gathers data, and provides that information to their customers?

A. No, sir.

Q. Did they have the engineering capacity to do that?

A. No, sir.

Q. Did they have the manufacturing capacity to do that?

A. No, sir.

MR. ROWDEN: No further questions. Thank you for your time, Mario.

THE WITNESS: Yep.

EXAMINATION

BY MR. HARRIS:

Q. Mr. Bonardi, can you hear me okay?

A. Yes, sir.

Q. We just met this morning. My name is J.P. Harris. I'm an attorney in Manchester, New Hampshire, at the moment. I represent Patrick and Chris and Vue Robotics. I'm going to ask you a few questions now. If you can't hear me, please speak up. Okay?

A. Yep. No problem.

MR. ROWDEN: J.P., one second. We're going to get your documents. And then as you

Page 121

instruct me, J.P., I'll hand the documents to Mario.

MR. HARRIS: Thanks. Do you want me to wait, Todd?

MR. ROWDEN: No. I've got them right here.

BY MR. HARRIS:

Q. Mr. Bonardi, I think I'm going to work backwards from the questions that Todd Rowden just asked you and then I'll probably have some new ones.

He asked you some questions here at the end about Patrick and Chris' engineering capabilities, and I heard you I believe testify that Frost had some in-house engineering capabilities when you were there. Is that correct?

A. Yes, sir.

Q. And at times Frost outsourced some of its engineering work to third parties?

A. Yes, sir.

Q. And the outsourcing of engineering work, is that common in this field?

A. Yes, it's common.

Q. Do you have any knowledge as you sit here today as to whether Patrick or Chris hired

Page 134

A.   Exclusive -- I don't remember any of the contracts but exclusive in which direction?

Q.   Was MyRadar providing similar forecasting data to other parties?

A.   I'm sure they did, yes. I don't -- I could be wrong, but I don't think they built the model for the road temperature for us. So that one they were not. But the general weather overlays and things like that, they were. They had an open API.

Q.   Was it a secret that Frost had this integration with MyRadar?

A.   I don't know if MyRadar was used in any form of joint marketing or something to that effect. So I can't say for sure.

Q.   With respect to the integration of the forecasting data that you received from MyRadar, was that a secret that Frost integrated such data?

A.   No. I mean, we sold it to customers.

Q.   In your view the fact that the Frost product performed a function, was that a trade secret?

MR. ROWDEN: Objection; form, foundation.

BY MR. HARRIS:

Q.   Can you answer the question, sir?

Page 135

A.   Is there a way you can ask it, like, in a different way?

Q.   Sure. Yep. The fact that Frost had a camera, was that a trade secret?

A.   No, sir.

Q.   The fact that Frost took temperature readings, was that a secret?

A.   No, sir.

Q.   The fact that Frost had a battery, was that a secret?

A.   No, sir.

Q.   Did either Patrick or Chris have any -- did they provide any technical input into how to deal with the power solution for the Frost product?

A.   Technical input in how to deal with the power.

I think it depends on how you define technical. I'm sure they had feedback on the power delivery system, be it -- you know, all of us kind of understood that we should move to solar eventually with a rechargeable battery.

Q.   Was that how you would describe the extent of Patrick and Chris' involvement in the power supply issue?

A.   I can't recall exactly how much

Page 136

conversation they partook in when it came to power delivery. But I wouldn't expect -- they don't have a technical background so I don't expect that they were providing information like battery chemistries and things like that.

But to my knowledge, that's the extent, yes.

Q.   You were shown a document about the capstone research. We don't necessarily have to pull it out. But the way I understood it was there was a consideration of utilizing a Notre Dame student for a research project. And I didn't hear whether that student was actually ever engaged for the project.

A.   I can't remember either. I think that we ended up doing it and I think we all kind of agreed it wasn't a good idea, but for relationship sake with Notre Dame I think it was decided to do it. But I can't remember exactly.

Q.   Do you remember whether that Notre Dame student was required to sign a confidentiality agreement to participate?

A.   I had nothing to do with it so I don't.

Q.   You were -- let's see. Could you find Exhibits 99 and 100, please. Are you all set?

Page 137

A.   Yes, sir.

Q.   With respect to Exhibit 99, these were the -- I think they were three meeting invites for the leadership team meetings.

A.   Uh-huh. Yes, sir.

Q.   And I'm just curious whether you are certain that the 2.0 version of the product was discussed at these meetings.

A.   I can't say I'm certain. It's many years ago at this point.

Q.   Can you describe for me with as much specificity as you can Patrick's involvement in making changes to the app?

A.   He certainly had input. He never would have carried out the action of making a change, obviously not the technical responsible person for that, but he did provide feedback to either Tasha, Ryan, or myself that would eventually be put into app changes.

Q.   Can you think of anything specifically?

A.   He absolutely had involvement in the MyRadar stuff, displaying of the road temperature forecast information.

One particular one that I can remember clearly was how many hours previous to that time