# **EXHIBIT 8**

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW HAMPSHIRE

- - -

FROST SOLUTIONS, LLC,        ) CIVIL DIVISION
                             )
          Plaintiff,         ) NO. 1:22-CV-00401-SE
                             )
     -vs-                    )
                             ) VIRTUAL VIDEOTAPED
                             ) DEPOSITION OF
PATRICK BAGLIEN,             ) ALLAN RICH
CHRISTOPHER LAREAU, and      )
VUE ROBOTICS, LLC,           ) Taken By Counsel for
                             ) Plaintiff:
          Defendants.        )
                             ) Todd A. Rowden, Esq.
                             ) Taft Stettinius &
                             ) Hollister, LLP
                             ) 111 East Wacker Drive
                             ) Suite 2600
                             ) Chicago, IL 60601
                             )

- - -

REPRODUCTION OF THIS TRANSCRIPT IS PROHIBITED WITHOUT AUTHORIZATION FROM THE CERTIFYING AGENCY

Page 50

just have a few questions, Todd. Okay?

ATTORNEY ROWDEN: Absolutely.

EXAMINATION

BY ATTORNEY HARRIS:

Q. Okay. Mr. Rich, can you hear me okay?

A. Yes.

Q. Okay. Did Mr. Baglien or Mr. Lareau or anyone associated with Vue give Paragon any drawings for the product they wanted to complete?

A. Nothing we would consider drawings, per se. We were given some images in one of the presentations that kind of showed some basic ideas what they'd like the product to look like. It ended up looking nothing like them.

Q. Okay. Did they give you any plans for the product?

A. No.

Q. Any schematics?

A. No.

Q. Did they give you a -- do you know what a bill of materials is?

Did they give you one of those?

Page 51

A. They did not give us a bill of materials.

Q. Did you they give you any photos of the Frost product?

A. No.

Q. Did they even mention Frost?

A. No.

Q. Did they give you any information relating in any way to any of Frost's customers?

A. No.

Q. Did they give you anything that anyone at Paragon identified as confidential belonging to another party?

A. No.

Q. Did they give you anything that Paragon considered to be a trade secret belonging to another party?

A. Nothing that we were aware of.

Q. Did Paragon do anything to attempt to reverse engineer another party's products to get to the Vue design?

A. Absolutely not.

Q. I assume in your business you've seen lots -- customers frequently come to you

Page 52

with product requirements at the start of a project; is that fair?

A. Yes.

Q. And so you've seen lots of them in your career?

A. Yes, I have.

Q. Can you -- can you characterize or compare the product requirements that Mr. Rowden reviewed with you to others that you've received in your career?

A. Yes. So I would say that if you put on a scale of kind of, like, things that are really detailed to things that are kind of very loose requirements, they would fall more in the loose requirements.

We've received requirements from -- from companies that were specifically engineering companies and things and they come in with very, very specific requirements. And sometimes as much as having -- already having, like, a block diagram that has components selected.

They'll come in sometimes with acceptance criteria of how they're going to measure the success of the device on the

Page 53

backside of it. There's really a lot that can come into those requirements documents.

I would love to say that I get those kind of detailed requirements documents all the time because it makes it a lot easier to figure out what the customer wants.

But I'd also say that, you know, Patrick and Chris did a good job putting the overall performance things that they would like to see in it, and sometimes we don't get things that are as well defined as what they provided even.

So I would say it's pretty much all over the map.

Q. Okay. But you would put what you received from Patrick and Chris on the lower end of the sophistication spectrum?

A. Yes.

Q. Were there items on Patrick and Chris's product requirements that Paragon either couldn't do or talked them out of doing?

A. We kind of reviewed -- reviewed all of these things. We did everything on the device that was in their product requirements with the exception of the machine learning is