# **EXHIBIT 10**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

FROST SOLUTIONS, LLC.,                )
                                      )
        Plaintiff,                    )
                                      )
        vs.                           )  Case No:
                                      )  1:22-cv-00401-SE
PATRICK BAGLIEN, CHRISTOPHER,         )
LAREAU, and VUE ROBATICS, LLC,        )
                                      )
        Defendants.                   )
                                      )

DEPOSITION OF MICHAEL GALLAGHER
October 3, 2023, 9:30 a.m.

Esquire Deposition Solutions
600 17th Street, Suite 2800-South
Denver, CO 80202

Reported by Diane Laur
For Esquire Deposition Solutions
600 East 17th Street, Suite 2800
Denver, Colorado 80202



Q.   And do you feel like Mario and Cory and the other employees appreciated the way you were handling it?

MS. LINDSAY:   Calls for speculation.

THE DEPONENT:   I can't speak to how they felt about our handling of the situation.

(Exhibit 18 was marked for identification.)

Q    (By Mr. Kravitz) Let's mark Gallagher 18, which is CC.   So Gallagher 18 is an email from Cory Moore to you and other members of the board, and he's resigning, right?

A.   Yes.

Q.   It's March 22nd, so it's five days after Mario sent that email to you, right?

A.   Yes.

Q.   Does this help you recall whether you think Mr. Moore was satisfied with the way the board handled the complaints raised against Mr. Gill?

MS. LINDSAY:   Objection, foundation.

THE DEPONENT:   He doesn't give any explanation for his resignation.

Q    (By Mr. Kravitz) Well, just the day before you were emailing Mr. Moore directly, right, and you had a conversation with him on that day also, right?

A.   Yes.

Q.   Did you pick up the phone after you received this email and say Cory, I don't understand.   What's going

MICHAEL GALLAGHER
FROST SOLUTIONS V. BAGLIEN ET AL

October 03, 2023
135

on?  Why are you resigning?

A.   I don't believe I did.

Q.   Did anyone to your knowledge?

A.   I believe Tom may have called Cory?

Q.   You believe he may have or you remember that he did?

A.   I don't remember specifically but my recollection is that he did call Cory.

Q.   And what do you remember hearing about that conversation?

A.   I have any recollection of that conversation.  I just know that I don't believe I had a conversation with Cory.

Q.   Do you remember Mr. Moore expressing concerns about the board's response to these concerns that had been lodged against the CEO of the company?

MS. LINDSAY:  Asked and answered, and also assumes facts without foundation.

THE DEPONENT:  I can't recall Cory's response.

(Exhibit 19 was marked for identification.)

Q    (By Mr. Kravitz) Let's mark Gallagher 19, which is DD, David David.  So Gallagher 19 is the same day as the Cory Moore resignation and it looks like it's about 23 minutes apart.  And that's Mario Giovanni's resignation, right?



A.    Mario Bonardi's resignation.

Q.    I'm sorry.  The email says Mario Giovanni but the email address is Mario Bonardi, so I'm not sure what the explanation is but you understand this to be Mario Bonardi?  That's how he signs the, right?

A.    I do.

Q.    Did this concern you, getting this 23 minutes after Cory Moore resignation?

A.    Yes, it did.

Q.    Did you pick up the phone and called Mario?

A.    I did not.

Q.    Did Tom Crotty?

A.    No.  Matt Gardner spoke to Mario.

Q.    And what did Matt learn from Mario?

A.    Assumed Bryan's -- officially or formally assumed or was basically taking on that role.

Q.    What do you recall about Matt Gardner's conversation with Mario?

A.    My recollection with Mario -- Matt's conversation with Mario was that Mario put out an ultimate that myself and Tom needed to resign from the board.

Q.    What was the ultimatum, in exchange for what?

A.    Rescinding his resignation.

Q.    What was he told?

A.    I don't know what Matt told Mario.



MICHAEL GALLAGHER                                     October 03, 2023
FROST SOLUTIONS V. BAGLIEN ET AL                                   137

Q.   And the demand was brought back to you, right?

A.   Yes.  I guess it was a demand.  The discussion the Matt had with Mario was brought to my attention.

Q.   How did you react to that?

A.   We felt that it was more important to have Mario and the team continue forward in whatever form or fashion that meant, and agreed to resign from the board.

Q.   Do you remember earlier, way much earlier in the deposition, I asked you if you recalled there being a mass resignation at the end of your tenure at the company.  Do you recall that?

A.   Yes, I remember you asking about a mass resignation.

Q.   I think you took issue with my characterization of a mass resignation.  Does that sound familiar?

A.   Yes.

Q.   Is this refreshing your memory at all about there being a mass resignation of the company at this time?

MS. LINDSAY:  Objection, mischaracterization of a mass resignation.

THE DEPONENT:  There were two resignations of the two key employees.

Q    (By Mr. Kravitz) Let's mark Gallagher 20.

(Exhibit 20 was marked for identification.)



Q    (By Mr. Kravitz) Do you remember who Ryan Dowling was?

A.    I do not recall who Ryan Dowling is?

Q.    And reason to doubt that he was a Frost Control employee?

A.    I have no reason to doubt that.

Q.    So Gallagher 20, and, Gina, it's EE, Gallagher 20 is an email from Ryan Dowling to Cory Moore and Victor Gill resigning from the company.  Do you see that?

A.    I see that.

Q.    And then that email gets forwarded to you later that day.  See that?

A.    I see that.

Q.    So that's the third employee resignation on the same day.  Is this starting to refresh your memory?

A.    Yeah.  Having seen all those emails.

Q.    Was there another point in time in your tenure as director of Frost Control where three employees resigned on the same day?

A.    I don't recall.  I don't know.

Q.    Do you have any sense as to how much employees Frost Control had as of March 21st, 2022?

A.    Less than ten.

Q.    Did this email trouble you, Mr. Dowling's resignation?



A.   I'm sure it did.

Q.   Do you recall anyone speaking to him about why he was leaving?

A.   I do not.

Q.   A few minutes ago I asked if you recall the time span between when Mario Bonardi sends you his email to you on March 17th and the time that Victor Gill tendered his resignation as CEO, and you said it was within a couple months.  Do you recall that?

A.   Yes.

Q.   Would the surprise you to learn it was five days?

A.   I'm just having a hard time recalling the specifics of that time period.  I did my best to answer the question.

(Exhibit 21 was marked for identification.)

Q.   This is Gallagher 21, which is FF, Frank Frank. Gallagher 21 is Mr. Gill, on March 22nd, 2022, notifying you and Mr. Crotty and Mr. Gardner that he was resigning as CEO effective immediately?

A.   Yes.

Q.   Did that catch you by surprise?

A.   Yes.

Q.   How so?

A.   We had no reason to believe up to that point



that he was going to resign, and clearly on the heels of the other three, it was surprising.

Q. Since he was the CEO, is it safe to assume the board contacted him and asked him what was going on, why he was resigning?

A. I believe Matt Gardner spoke with him.

Q. What do you recall about that conversation that Matt Gardner had with him?

A. My only recollection is that Victor was concerned about his personal life.

Q. Meaning what?

A. Meaning that as a board member he was concerned about the liabilities associated with being a board member of Frost.

Q. Was he concerned about personal liability for any of the behavioral conduct we talked about earlier?

MS. LINDSAY: Objection calls for speculation.

THE DEPONENT: I don't recall that being part of the conversation.

Q (By Mr. Kravitz) Did Frost Control have D&O insurance?

A. I believe it did.

Q. You wouldn't have joined a board that didn't have a robust D&O policy, right?

A. There were times that it lapsed and we were



focused on restating it but I don't recall the specifics of the D&O policy.

Q.   Under whose leadership did the lapse?

A.   My recollection it was the transition between Brad and Bryan.

Q.   Did you think this was big news for the company and its outlook on March 22nd when the CEO tendered his resignation?

A.   No, I would not characterize it as big news.

Q.   Did you see it as accelerating the demise of the company?

MS. LINDSAY:   Objection.  Mischaracterizes the transition of the company.

THE DEPONENT:   I just remember it not being big news.

Q    (By Mr. Kravitz) Do you remember discussing with the other board members what this meant for the company's viability going forward?

A.   I don't recall any conversations but my recollection is our resignation came shortly thereafter.

(Exhibit 22 was marked for identification.)

Q.   Do you know who Nic Ruoti is, R-u-o-t-i?

A.   I believe he was helping Vic with some financial presentations.

Q.   And was he an employee or a contractor?



A.   He was a contractor.

Q.   Showing you Gallagher 22, which is Mr. Ruoti's resignation on March 22nd, and he sends that to you and Mr. Crotty and Mr. Gill effective immediately.  Did you -- were you surprised when you received this one?

A.   I imagine I was equally surprised as the other three.

Q.   Actually the other four prior to this, if we count Mr. Gill, right?

A.   Yes.

Q.   So this is number five for the day, is that correct?

MS. LINDSAY:  Objection.

THE DEPONENT:  Your math is correct.

Q    (By Mr. Kravitz) Did you think this was a good development for the company that your fractional contract CFO for the company was resigning?

A.   I did not.

Q.   At that point the board directors decided actions needed to be taken from -- strike that.  At that point, the board of directors recognized that they certain responsibilities to the company and its structure, right?

A.   Yes.

Q.   Tell me a little bit about what happened next after this series of resignations were received.



800.211.DEPO (3376)
EsquireSolutions.com