# EXHIBIT 14

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FROST SOLUTIONS, LLC,          )
                               )
              Plaintiff,       )
                               )
         vs.                   )    No. 22 CV 06910
                               )
CORY MOORE,                    )
                               )
              Defendant.       )

        The deposition of BRYAN EVERARD, taken

pursuant to the Federal Rules of Civil Procedure,

before Kathleen A. Hillgard, Certified Shorthand

Reporter No. 084-004093, via Zoom, on Friday,

October 18, 2024, commencing at 1:03 p.m. pursuant

to subpoena.

     APPEARANCES:

          KONICEK & DILLON, PC, by
          MR. AMIR TAHMASSEBI
          (21 West State Street
           Geneva, Illinois  60134
           630.262.9655
           amir@konicekdillonlaw.com)
             appeared on behalf of the plaintiff;

          GODFREY & KAHN, S.C., by
          MS. MARIA L. KREITER
          (833 East Michigan Street, Suite 1800
           Milwaukee, Wisconsin  53202
           mkrieter@gklaw.com)
             appeared on behalf of the defendant;

     ALSO PRESENT:  Mr. Joseph Moreno, Paralegal

FROST_0108416

BRYAN EVERARD, 10/18/2024                                        Page 30..33

Page 30

would sell to the municipalities?

A.   Right.

Q.   And you guys had relationships with the municipalities already I'm sure a lot of the time?

MS. KREITER:  Object to --

THE WITNESS:  Yes.

MS. KREITER:  -- the form.

BY MR. TAHMASSEBI:

Q.   Okay.  And so it was a good -- it made sense, Frost would sell you the products, you guys would be able to sell it to municipalities?

A.   Correct.

Q.   Okay.  So it worked nicely, I guess, for a time.  I don't want to get too far ahead, but it worked for a time nicely?

MS. KREITER:  Object to the form.

BY MR. TAHMASSEBI:

Q.   You can answer.

A.   Yeah.  It worked like any other company buying from a manufacturer.  I don't know what nicely means.

Q.   Okay.  Right.  Maybe nicely's not the right word, but --

A.   Yeah.

Page 31

Q.   -- you guys did business together and the business worked?

A.   Yes.

Q.   Okay.  And that was in 2020, 2021?

A.   Sounds about right.

Q.   Okay.

A.   Yeah.

Q.   And then, Bryan, so there was a point when Frost was bought out by some other individuals, Mike Kirsh and Mike Bott.  Does that ring a bell?

A.   Those names ring a bell, yes.

Q.   Okay.  And they wanted to continue to do business with TAPCO.  You -- you understand that?

A.   They set up a meeting to talk to me about TAPCO and what to do moving forward.

Q.   Okay.  And at that point, before you met with Mike Bott and Mike Kirsh, TAPCO had not canceled any orders that they had with Frost, correct?

A.   I'm not sure about that.  There was a cancellation of an order and I don't know in the timeline if that was when nobody was around or --

Page 32

that I can't recall.  I believe actually that cancellation was before the Mikes reached out to me.

Q.   Okay.  And when Mike Bott and Mike Kirsh reached out to you, you were receptive to speaking with them, right?

A.   To speak with them, yes.

Q.   And TAPCO wanted to continue to do business with them, correct?

A.   No.  Not necessarily, no.

Q.   Why not?

A.   They had disappeared for months.

Q.   Okay.

A.   We didn't have -- we did not know the shape or anything around the development of this company.

Q.   So just so I understand, Mr. Evarard, and I'm going to show you the document in a second, you were interested in continuing to have TAPCO do business with Frost when Mr. Kirsh and Mr. Bott reached out to you, yes or no?

A.   Was interested in learning about the company.  We were deciding what product to bring on since the previous Frost had disappeared.

Page 33

Q.   Okay.  Tell me a little bit more about that.  What do you mean you were trying to decide what product to be bring on?

MS. KREITER:  Object --

THE WITNESS:  Well --

MS. KREITER:  -- to the form.

BY MR. TAHMASSEBI:

Q.   Just expand for me, if you can.

A.   Yeah.  So they -- we just didn't have any contact with anybody to reach out to for a number of months.  We didn't know the status of what that company -- it was not a -- it was not a simple transition in that was an old product, here, we're selling to new Frost, here's your new owners.  It was disappearing of no contacts at Frost for months.

So at that point, we decided we still wanted to be in this weather sensor market and we looked around and -- yeah.  And we were open to talking to Frost about the potential, along with other companies.

Q.   So when you looked around, did you have discussions with a gentleman named Mr. LaReau on or around June 8th of 2022?

FROST_0108424

Page 42

Mr. Everard, that was something that you guys -- the Frost product was something that you guys were interested in --

A. Sure.

Q. -- learning more about?

A. We -- the signs that we manufacture, there are some of those enhanced signs that would say like icy bridges and things like that, so that's where -- some type of sensor that could trigger things, like I guess that's where it kind of fell a little bit in the same --

Q. It makes sense, right? I'm not trying to placate you. I'm just saying it seems to me to make sense, just being a South Dakota guy, you know, going across a lot of icy bridges back when I grew up, if you had some type of sensor, that would make sense for the municipalities, right?

A. Right.

Q. And Frost, as far as you know, was kind of the first one that had that type of sensor, based on your experience?

MS. KREITER: Object to the form.

MR. TAHMASSEBI: I'm just asking what he knows, not -- there might be something else out

Page 43

there, but I'm asking what he knows.

MS. KREITER: Right. Object to the form.

THE WITNESS: Okay. And so it -- yeah. It was -- the size of it was smaller than what I knew existed in the industry.

BY MR. TAHMASSEBI:

Q. So it was a new product that Frost had that TAPCO was interested in selling and helping develop?

A. Selling.

MS. KREITER: Object to the form.

BY MR. TAHMASSEBI:

Q. Selling. Okay. Just selling. That's fair.

And then -- make sure I have my timeline right here.

And then when Mr. Kirsh and Mr. Bott bought Frost, there was interest in continuing to do business with them. We already went over that, right?

A. Interest in learning what --

MS. KREITER: Object to the form.

BY MR. TAHMASSEBI:

Q. And then -- and then also there was --

Page 44

around the same time when Mr. Kirsh and Mr. Bott reached out to you, there was a gentleman who used to be at Frost named Mr. Baglien who also reached out to you?

A. He didn't reach out to us. I reached out to him, if I remember correctly, based on something I saw on LinkedIn.

Q. Okay.

A. If I remember correctly.

Q. All right. And then tell me about what you saw on LinkedIn.

A. I believe it was just a little snippet of, This is new technology. It -- like it even had like a price point on it, if I remember correctly. Yeah. It was just kind of like I guess an introduction thing.

Q. How did the price point that Mr. -- okay. So an introduction.

And was it a similar or the same product as --

A. It was going after the same -- so it was the solution. The end solution was for the RWIS market.

Q. And then just so -- I'll get this out

Page 45

of the way, Mr. Evarard, because I don't want to put you in the cross hairs. You don't know how Mr. Baglien got the technology, whether he took it or didn't take it from Frost?

A. No, truly don't.

Q. Okay. And did it raise a little suspicion to you, though, that he was doing something identical?

MS. KREITER: Object to the form.

THE WITNESS: No.

MR. TAHMASSEBI:

Q. Or do you just not consider it?

A. I don't -- as far as considering it the same, I don't -- that I wouldn't have known at the time, but --

Q. Well, now you --

A. -- as far as people --

Q. -- are in the cross hairs.

Do you think it's the same technology or different technology based on your education and experience?

MS. KREITER: Object to the form.

BY MR. TAHMASSEBI:

Q. I was going to let you off, but now I'm

FROST_0108427