**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

FROST SOLUTIONS, LLC,

      Plaintiff,

 v.

Civil Action No. 1:22-cv-00401-SE

PATRICK BAGLIEN, CHRISTOPHER
LAREAU, and VUE ROBOTICS, LLC,

      Defendants.

**DECLARATION OF CHRISTOPHER LAREAU IN SUPPORT OF
DEFENDANTS' OBJECTION TO PLAINTIFF'S PARTIAL MOTION FOR
SUMMARY JUDGMENT**

I, Christopher Lareau, do hereby declare and state the following:

1.      I am a named defendant in the above-captioned action.

2.      I submit this declaration in support of my *Objection to Plaintiff's Partial Motion for Summary Judgment.*

3.      If called as a witness, I could and would testify competently to the information set forth in this declaration.

4.      I resigned from Frost Control Systems, Inc. ("Frost Control") effective October 11, 2021.

5.      Following my resignation, Patrick Baglien and I worked on a "product requirements document," which contained a high-level list of features that we would want in any weather technology service that we decided to produce. The purpose of this document and later versions was to approach independent development companies to determine whether they could develop a product with those requirements at a reasonable budget and timeline.

6.      Frost Solutions, LLC and Vue Robotics each sell weather technology services.

1

Frost Control Systems, Inc. ("Frost Control") also sold weather technology services.

7.      Patrick Baglien and I ultimately formed Vue Robotics, LLC, which is a company that sells a weather technology service with an accompanying hardware component.  That service monitors weather and environmental conditions for customers.  The service and hardware are different than the service and hardware offered by Frost Control or Frost Solutions, LLC.

8.      The customer base for weather technology services is well known, consisting primarily (but not exclusively) of distinct customer groups: public entities (like municipalities) and large commercial snow removal or property management companies.

9.      The identity of prospective municipal customers is publicly available through a number of publicly available sources, including United States Census data, association membership lists like the American Public Works Association (APWA), APWA publications, official state procurement portals that publish and distribute public bid opportunities, commercially available aggregations of public procurement and contact data, like BidPrime, and publicly available procurement records. Both Frost Control and Vue Robotics used census data to identify prospective municipal customers based on population and region.

10.     The identity of private entity customers can also be easily obtained through trade publications like the Accredited Snow Contractor's Association (ASCA) industry ranking lists, the Snow & Ice Management Association's (SIMA) Snow Business Magazine, and trade groups like the Snow & Ice Management Association (SIMA), Accredited Snow Contractor's Association (ASCA), Professional Snow Fighter's Association, and others all of which hold relevant trade shows, events, share the lists of event attendees and make publicly available their member directories.

11.     The attendee list data and member directories made available through industry trade shows and associations often contain the name and contact information of the individuals at

prospective customers who have decision-making authority, such as company ownership and key leadership.

12.     The appropriate customer contact for a prospective customer can ordinarily be obtained easily.  Public entities almost always disclose the identity of their employees on their website, and can also be contacted directly by phone to identify relevant departments within the organization. The relevant person to speak with about sales of weather-related technologies can be easily identified by identifying those employees who work for public works departments, transportation departments, or highway and roads departments.

13.     For both private and public entities, there are a number of technology tools that can be used to easily identify relevant employees and their contact information. These include professional networking platforms like LinkedIn and contact information published on company websites. For both public and private entities, commercially available email identification and verification tools can also be used to identify and confirm professional email addresses using publicly available domain structures and employee information, including commonly used platforms such as Hunter.io and ZoomInfo. These tasks can also be readily outsourced to third-party business development or research personnel at nominal cost through widely available freelance platforms like Fiverr.

14.     Attached as **<u>Exhibit A</u>** to this declaration are true and accurate copies of screenshots of the results of email identification and verification tools that I used to identify the email address of Mark Supanick and Jason Vesko, both of Sno Services.

15.     At the time of my resignation from Frost Control, I had earned and was owed $14,539.50 of unpaid commission and had accrued three weeks of vacation.

4

I declare under penalty of perjury as provided by law that the statements contained in this declaration are true and correct to the best of my knowledge and belief.

EXECUTED this 19th day of March 2026.

_____
Christopher Lareau

4

# EXHIBIT A

# Email Verifier ⓘ

mark.supanick|@snoservices.com 🔍



**Mark Supanick**
mark.supanick@snoservices.com

**90**

General

| Full Name | Mark Supanick |
|---|---|
| Gender | Male |
| State | ✅ Deliverable |
| Reason | ACCEPTED EMAIL |

# Email Verifier ⓘ

The Email Verifier verifies individual emails in real-time. Enter an email and we'll verify it.

jason.vesko@snoservices.com 🔍



**J** **Jason Vesko**
jason.vesko@snoservices.com 📋

**90**

90

? 0 1      80      100

## General

| | |
|---|---|
| Full Name | Jason Vesko |
| Gender | Male |
| State | ✅ Deliverable |
| Reason | ACCEPTED EMAIL |
| Domain | snoservices.com |