# Email Verifier ⓘ

mark.supanick|@snoservices.com 🔍



**Mark Supanick**
mark.supanick@snoservices.com 📋

**90**

90

? 0 1 80 100

## General

| Full Name | Mark Supanick |
|---|---|
| Gender | Male |
| State | ✅ Deliverable |
| Reason | ACCEPTED EMAIL |



# Email Verifier ⓘ

The Email Verifier verifies individual emails in real-time. Enter an email and we'll verify it.

jason.vesko@snoservices.com 🔍



**J  Jason Vesko**
jason.vesko@snoservices.com  📋                    **90**

90

? 0 1                                              80      100

## General

| | |
|---|---|
| Full Name | Jason Vesko |
| Gender | Male |
| State | ✅ **Deliverable** |
| Reason | ACCEPTED EMAIL |
| Domain | snoservices.com |

