UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

FROST SOLUTIONS, LLC,

        Plaintiff,

v.

PATRICK BAGLIEN, CHRISTOPHER
LAREAU, and VUE ROBOTICS, LLC,

        Defendants.

Civil Action No. 1:22-cv-00401-SE

## DECLARATION OF PATRICK BAGLIEN IN SUPPORT OF DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION FOR SUMMARY

I, Patrick Baglien, do hereby declare and state the following:

1.      I am a named defendant in the above-captioned action.

2.      I submit this declaration in support of my *Objection to Plaintiff's Partial Motion for Summary Judgment.*

3.      If called as a witness, I could and would testify competently to the information set forth in this declaration.

4.      I worked at Frost Control Systems, Inc. ("Frost Control") from approximately March 2019 through October 2021. Frost Control's primary business was selling weather technology services with a hardware component.

5.      During my time working at Frost Control, Frost Control had a distribution relationship with Traffic & Parking Control Co., Inc. ("TAPCO"), which is a distributor of goods and services to thousands of municipalities in the United States.

6.      Frost Control's business relationship with TAPCO was not exclusive, meaning that TAPCO could sell weather technology services and products offered by other companies

1

and sellers.

7.    Under the relationship, TAPCO sought to sell, and did sell, weather technology services on Frost Control's behalf.  It was not confidential that Frost Control was working with TAPCO.  The whole point of the arrangement was for TAPCO to openly sell Frost Control's services.

8.    In January of 2022, Christopher Lareau and I formed a company called Vue Robotics, LLC ("Vue Robotics), which sells weather technology services with a hardware component, albeit different than the services and hardware offered by Frost Control or Frost Solutions, LLC.

9.    In September of 2022, Vue Robotics entered into a vendor supply agreement with TAPCO.  Vue Robotics' business relationship with TAPCO was not exclusive, meaning that TAPCO could sell weather technology services and products offered by other companies and sellers.  Under the relationship, TAPCO sought to sell, and did sell, weather technology services on Vue' Robotics' behalf.

10.    It is my understanding that both before and after its relationship with Frost Control TAPCO has sold weather technology services and products offered by companies other than Frost Control and Vue Robotics.

2

I declare under penalty of perjury as provided by law that the statements contained in this declaration are true and correct to the best of my knowledge and belief.

EXECUTED this 19th day of March 2026.

_____
Patrick Baglien