**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

|  |  |  |
|---|---|---|
| FROST SOLUTIONS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civ. Action No. 1:22-CV-00401-SE |
| | ) | |
| v. | ) | |
| | ) | **ORAL ARGUMENT REQUESTED** |
| PATRICK BAGLIEN, CHRISTOPHER LAREAU, and VUE ROBOTICS, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF RYAN P. LIRETTE, ESQ. IN SUPPORT OF DEFENDANTS'
OBJECTION TO PLAINTIFF'S PARTIAL MOTION FOR SUMMARY JUDGMENT
ON CONTRACT CLAIMS**

Pursuant to 28 U.S.C. § 1746, I, Ryan P. Lirette, declare as follows:

1.      I am an attorney for the Defendants in this action and admitted to practice law in this Court.

2.      I am competent to make this declaration, and my statements herein are based on personal knowledge.

3.      I submit this Declaration in support of Defendants' Objection to Plaintiff's Partial Motion for Summary Judgment on Contract Claims.

4.      Attached as **Exhibit A** to this Declaration are true and correct copies of screenshots of publicly available websites made by my office, using a tool called Web Preserver, taken on March 17 and 18, 2026, of the Town of Abington, Town of Foxborough, City of Bath, Town of Concord, City of Wyoming, Kent County Road Commission, City of Lincoln, City of Redmond, City of Portsmouth, City of Shorewood, and Town of Ledyard.

5.    Attached as **Exhibit B** to this Declaration are true and correct copies of an article entitled "South Bend startup looks to improve winter road treatment, published on February 8, 2019 in the Chicago Tribune.  The first version of the article provided in web browser format and available at https://www.chicagotribune.com/2019/02/08/south-bend-startup-looks-to-improve-winter-road-treatment/.  The second version of the article is from LexisNexis and is attributed to the Associated Press State & Local.

6.    Attached as **Exhibit C** to this Declaration are true and accurate copies of an article entitled "New football-sized sensors track weather and road conditions in Kent, Ottawa counties," published on January 11, 2020, 7:41 a.m., and available at https://www.mlive.com/news/grand-rapids/2020/01/new-football-sized-sensors-track-weather-and-road-conditions-in-kent-ottawa-counties.html.  The article is provided in a web browser format and also a format printed in a browser's "reader" mode.

I declare under penalty of perjury as provided by law that the statements contained in this declaration are true and correct to the best of my knowledge and belief.

EXECUTED this 19th day of March 2026.

_/s/ Ryan P. Lirette_
Ryan P. Lirette