# EXHIBIT A

 Town of Abington

Phone Directory

☰ MENU    ORGANIZATION ▾    TRANSLATE ▾

TOWN OF ABINGTON    //    DEPARTMENTS    //    PUBLIC WORKS

# Public Works





## Contact Info

**Hours of Operation:**
Monday-Friday 8 AM to 4 PM

**Phone:**
Sewer: 781-982-2122
Highway: 781-982-2115
Park & Recreation: 781-982-2125

**After Hours Phone:** 781-878-3232

**Address:** 350 Summer St., Abington, MA 02351

See map: Google Maps

## Mission Statement:

The Abington Department of Public Works is responsible for the care and maintenance of the town's parks, playing fields, public roads, sidewalks, sewer infrastructures, pumping stations, and town vehicles.

We work to provide cost effective, safe, and environmentally friendly solutions to enhance the town and the environment surrounding. In addition, the DPW Recreation Department provides camps, activities, and classes for both children and adults to help develop young minds and encourage active, healthy lifestyles.

[ DPW Project Updates SEPT 2025 ]    [ 2024 Road Rating Assessment ]

[ Report a Road Defect ]

## Staff Contacts

| Name | Title | Phone |
|---|---|---|
| John Stone | Director | 781-982-2122 |
| Jeanne White | Administrative Assistant | 781-982-2122 |

[ General Employment Application ]

Town Sewer Responsibilities    +        Town Highway Responsibilities:    +

## Documents and Links

[ HANCOCK/CHESTNUT SCHEDULE ]    [ RT 139/CHESTNUT/OLD RANDOLPH SCHEDULE ]

[ Grease Trap Cleaning ]    [ Trench Emergency ]

[ Snow removal / Sidewalk Priorites ]    [ OSHA Regulations ]

[ MA DEP ]    [ Dig Safe ]    [ 2026 Drain Layers ]

[ 2025 Tree Removal ]    [ SEWER RATE SURVEY 2025 ]

## Permits and Forms

[ Trench Permit ]

[ Curb Cutting  Street Access Sign Off ]    [ Curb Cutting Permit ]

[ Road Opening Application ]

## Frequently Asked Questions

What are the sewer rates?    ⌄

Where can I pay my sewer bill, and what methods of payment are accepted?    ⌄

What do I do if I have a back-up in my house?    ⌄

What are the procedures for connecting to the sewer system?    ⌄

How does the DPW determine my sewer consumption?    ⌄

Is there a fee for a connection permit to Town sewer?    ⌄

How often is the sewer bill sent out?    ⌄

How do I request service?    ⌄

How do I report a pothole?    ⌄

How do I report a missing street sign?    ⌄

How do I report a defective street light or outage?    ⌄

How do I report a dead/ dangerous tree?    ⌄

How do I report a broken mailbox from plowing?    ⌄

How can I make an address change on my sewer bill?    ⌄

Can you recommend a contractor to repair my sewer lines?    ⌄

Can I discharge my sump pump into the sewer system?    ⌄

How does the Sewer Department work with the Board of Health?    ⌄

## Stormwater Information

What is stormwater and why is it important?    +

What can you do to help?    +

How does Abington manage stormwater?    +



## Find Us

Town of Abington
500 Gliniewicz Way
Abington, MA 02351

Phone Directory

**TOWN HALL HOURS**
Monday - Thursday: 8:30 AM to 4:30 PM
Friday 8:30 AM to 12:30 PM

ABINGTON TOWN NEWSLETTER

Subscribe to our Town Hall Newsletter

### Stay Connected







Copyright © 2026 Town of Abington. All rights reserved.
Powered By Apptegy



Town of **FOXBOROUGH** MASSACHUSETTS

(508) 543-1200
www.foxboroughma.gov

Town of Foxborough
Foxborough, MA 02035

Monday, Wednesday Thursday: 8:30am-4:00pm
Tuesday: 8:30am-7:00pm Friday: 8:30am-12:30pm

EMPLOYEE LOGIN

Select Language

Residents    Business    Departments    Boards & Committees    Town Calendars    Community Links    Contact Us    Subscribe to News

**Department of Public Works**

Home | Departments | Department of Public Works

## Department of Public Works

- Compost Site Info
- Construction of Private Utilities
- Foxborough Power Forward
- Fire Hydrant Map
- Project Updates
- SeeClickFix
- Stormwater Management
- Street Cut / Permit Info
- Street Sweeping Info
- Transportation System
- Trash and Recycling Info
- Water & Sewer
- DPW FAQs

## ABOUT US:

The Department of Public Works consists of five divisions including Administration, Highway, Tree & Park, Equipment Maintenance, and Water & Sewer. Our responsibilities cover wide range including: maintenance of public transportation networks (roads and sidewalks), stormwater compliance and permitting, upkeep of public grounds (sports fields, common areas, town facilities, right-of-ways, etc.), maintenance of town vehicles and equipment (including buses and police vehicles), water supply/distribution and sewer collection.  Our various other services include snow and ice removal, compost site oversight, hazardous waste disposal, and engineering support services for other Town departments including review, permitting, and construction oversight.

## CONTACT US:

**Phone:** 508-543-1228
**Fax:** 508-543-1227
**After Hours Emergency (Police):** 508-543-4343

**Address:** 70 Elm Street:

**Hours:**
- Monday - 7:30 a.m. to 4:00 p.m.
- Tuesday - 7:30 a.m. to 7:00 p.m.
- Wednesday & Thursday - 7:30 a.m. to 4:00 p.m.
- Friday - 7:30 a.m. to 12:30 p.m.

**Compost Site on East Belcher Road:**
Monday - Saturday:  7:30 a.m. to 3:45 p.m. (April - Nov/Dec)

## STAFF:

- Christopher Gallagher, DPW Director

- Kevin Davis, Asst. DPW Director / Town Engineer

- Robert Worthley, Water Superintendent

- Jessica Minton, DPW Office Manager

- Shaun Guillotte, Highway Supervisor

- James Caffin, Tree & Park Supervisor

- Adam Rouille, Vehicle Maintenance Supervisor

## WHERE WE ARE:



## HIGHWAY SYSTEM STATUS MAP:

Click on arrows (>>) for legend.





## Contact Information

Town of Foxborough, 40 South Street,
Foxborough, MA 02035
Phone: (508) 543-1200

## Legal Notice

Disclaimer | Privacy Statement

## Stay Connected



**ROAD CLOSURE - North Washington St - Beginning Monday 3/9/26**

Crooker Construction plans to start its road closure on North Washington St Monday 3/9/26. Crooker anticipates full road closure with no thru traffic starting at the intersection of Harward and Washington Street then will move south towards the cross country run across from 1417 Washington St.

Click Here to View Detour Maps

Contact Us    English ▾



MENU

What are you looking for?

## Stay Connected

Sign up for the latest news and updates from the City of Bath.

Email Address    **Subscribe**

No Thanks    Remind Me Later

Home  /  Departments  /  Public Works

# Public Works



### Public Works Concern

Report a concern related to public works including streetlights, tree service requests or street and sidewalk issues

### Tree Service Request

Report a concern about trees in Bath. Your request will be forwarded to the City Arborist

### Clean-Up Week

Clean-Up Week gives Bath residents a designated time to dispose of bulky items and household materials that are not collected curbside year-round. Find details on accepted items, preparation requirements, set-out dates, and any restrictions.

| About | + |
| --- | --- |
| Services | + |
| Bids & Proposals | + |
| Current Projects | + |

## Contact Us

### Phone
207-443-8357

### Location
Public Works Garage
450 Oak Grove Avenue
Bath, ME
04530
View Map

### Hours
Monday - Friday
6:30 AM - 2:30 PM

Landfill
7:30 AM - 4:00 PM

## Staff

**Chris Wallace**
Interim Public Works Director
cwallace@cityofbathmaine.gov

**Jacob Dodge**
Deputy Public Works Director
jdodge@cityofbathmaine.gov

**Administrative Assistant**
Michael Tucker
mtucker@cityofbathmaine.gov

**Landfill Operator**
Amanda Belanger
abelanger@cityofbathmaine.gov

**Join our Team!** ›

Explore current job opportunities with Public Works.

---

### Contact Us
55 Front St.
Bath, ME 04530
View on Map

Monday-Thursday:
7:30 am-5:00 pm
Contact Us

### Quick Links
Job Opportunities
Online Services
Public Meetings
Subscribe to Alerts
Report a Concern

### Get Involved
Front & Centre Newsletter
Parks & Recreation
City Maps
VisitBath.com
Events

### Share & Connect


Privacy Statement | Sitemap | Accessibility Statement    © 2026 City of Bath, Maine | Powered by Granicus





THE TOWN OF
## CONCORD
MASSACHUSETTS

HOME

CONTACT US

NOTIFY ME®

MINUTES & AGENDAS

REPORT AN ISSUE

BIDS & PROPOSALS

GOVERNMENT    SERVICES    RESIDENTS    VISITORS    HOW DO I...

Search...

Home › Staff Directory

**Aaron Miklosko**

Highway & Grounds
Title: Highway & Grounds Superintendent
Phone: 978-318-3220
Email

**Return to Staff Directory**



**STAY CONNECTED**



**FOR BUSINESS**



**GIS & MAPS**



**VOLUNTEER**



**JOB OPPORTUNITIES**

 

THE TOWN OF
CONCORD
MASSACHUSETTS

 

## CONTACT US

### Town of Concord

22 Monument Square
Concord, MA 01742

### Hours

Monday-Thursday
8:30 am-4:30 pm

Friday
8:30 am-12:30 pm

### Phone:

978-318-3100

### Email:

publicinfo@concordma.gov

## FAQS

1. Where are the Town Offices?
2. How do I register to vote?
3. How may I reach the Select Board?
4. Where do I find information about Town Meeting?

## QUICK LINKS

Schools in Concord

Elections and Voting

Social Services Resource Guide

Volunteer for a Board/Committee

Sign up for Emergency Alerts- Code Red



# CITY OF WYOMING

Home   About Wyoming   Living in Wyoming   Doing Business in Wyoming   Online Services   Contact

Google Translate

HOME › ABOUT WYOMING › CITY DEPARTMENTS › PUBLIC WORKS

**About Wyoming**

City Departments ›
   62A District Court
   Assessor's Office
   City Clerk
   Information Technology
   Finance
   Wyoming Housing Commission
   Human Resources
   Treasurer
   Parks and Recreation
   Public Works
      All About Leaves
      All About Snow
      Engineering
      Fleet Services
      Permit Information
      Recycling Information
      Stormwater
      Streets
      Traffic
      Trees
      Water Infrastructure Improvements
      Water/Sewer Leaks
   Community & Economic Development
   Utilities
   Purchasing
   Public Safety - Police
   Join WYPD
   Public Safety - Fire

City Government ›
News ›
Events ›
Employment ›

# Public Works

## Who we are...

- Engineering
- Public Service (streets and utilities)
- Traffic
- Fleet Services

## What we do...

Construction, maintenance, and repairs of:

- Streets
- Sidewalks
- Water lines
- Sewer systems
- Traffic signals and signs
- City vehicles and equipment

You can call 24 hours a day, 7 days a week, for water, sewer, and street emergencies. If you have an emergency after hours, call 616-530-7260, leave a message, and a staff member will respond to your emergency right away.

**Call us before you contact a plumber for any sewer problems.**



**Aaron Vis**
*Director of Public Works*

### Contact Information

**Public Works Facility**
2660 Burlingame Ave SW
Wyoming, MI 49509
Fax: 616-249-3487

**Engineering**
Phone:  616-530-7254
Email: **Engineering**

**Fleet Services**
Phone:  616-530-7213

**Streets and Utilities**
Phone:  616-530-7260
Email: **Public Works**

**Traffic**
Phone: 616-530-7263
Email: **Traffic**

**Office Hours**
Monday - Thursday
7:00 AM - 5:00 PM

---

City of Wyoming, Michigan | 1155 28th St SW, Wyoming, MI 49509 | 616-530-7226 | Fax 616-530-7200
Hours of Operation: Monday - Thursday, 7:00 A.M. to 5:00 P.M. | Closed Friday - Sunday



City of Wyoming team members are dedicated to creating an attractive, comfortable and engaged community. How can we help you today?

Home   About Wyoming   Living in Wyoming   Doing Business in Wyoming   Online Services   Contact



Site map   |   Disclaimer   |   Privacy Policy   |   Terms   |   Security

All contents and materials © copyright 2026 City of Wyoming | Login

KCRC enacts weight and speed restrictions beginning Feb 16 at 6 a.m. Learn more. ✕

Home › Contact Us › Staff Directory

# Staff Directory

**Select Category**

Show 50

Search:

| Department Name | First Name | Last Name | Profession | Email | Phone |
|---|---|---|---|---|---|
| Administrative Inquiry | | | | | (616) 242-6960 |
| Board of Road Commissioners | | | | board@kentcountyroads.net | (616) 242-6960 |
| Communications | Maura | Lamoreaux | Communications Manager / Media Inquiries | mlamoreaux@kentcountyroads.net | (616) 242-6949 |
| Engineering | Darren | Vink, P.E. | Public Plat Engineer | dvink@kentcountyroads.net | (616) 242-6901 .ext 6911 |
| Engineering | Rick | Sprague | Transportation Planner | rsprague@kentcountyroads.net | (616) 242-6901 .ext 6948 |
| Engineering | Erik | Easterly, P.E. | Director, Engineering | eeasterly@kentcountyroads.net | (616) 242-1170 |
| Engineering | Eric | Rodegher, P.E. | Project Engineer | erodegher@kentcountyroads.net | (616) 242-6901 .ext 6963 |
| Engineering | Mike | Salmon, P.E. | Project Engineer | msalmon@kentcountyroads.net | (616) 242-6901 .ext 6964 |
| Engineering | Mike | TenBrock, P.E. | Bridge Engineer | mtenbrock@kentcountyroads.net | (616) 242-6901 .ext 1145 |
| Engineering - Right of Way | L.R. | Cole | Right-of-Way Office Manager | lcole@kentcountyroads.net | (616) 242-6966 |
| Engineering - Right of Way | Tim | Fennema | Senior Property Specialist | tfennema@kentcountyroads.net | (616) 242-6941 |
| Equipment & Facilities | Steve | Roose | Director of Equipment & Facilities | sroose@kentcountyroads.net | (616) 242-6955 |
| Equipment & Facilities | Tom | Thompson | Supervisor, Central Complex | tthompson@kentcountyroads.net | (616) 242-6990 |
| Equipment & Facilities | Brian | Weber | Supervisor, South/Southwest Complexes | bweber@kentcountyroads.net | (616) 242-6906 |
| Equipment & Facilities | Nate | Butler | Supervisor, North Complex | nbutler@kentcountyroads.net | (616) 242-6903 |
| Equipment & Facilities | | | North Complex - 11777 White Creek Ave NE, Cedar Springs, MI | | (616) 242-6969 |
| Equipment & Facilities | | | South Complex - 4949 Tim Dougherty Dr SE, Grand Rapids, MI | | (616) 336-2987 |
| Equipment & Facilities | | | Southwest Complex - 131 84th St SW, Byron Center, MI | | (616) 336-8051 |
| Equipment & Facilities | | | Central Complex- 1900 4 Mile Rd NW, Walker, MI | | (616) 242-6972 |
| Equipment and Facilities | | | | | (616) 242-6901 .ext 6955 |
| Finance | Macy | Barcheski | Director of Finance | mbarcheski@kentcountyroads.net | (616) 242-6932 |
| Finance | Mario | Guerra | Assistant Director of Finance - Accounting | mguerra@kentcountyroads.net | (616) 242-6986 |
| Finance | Andrew | Nordstrom | Purchasing Manager | anordstrom@kentcountyroads.net | (616) 242-6928 |
| Finance | | | | | (616) 242-6932 |
| Human Resources | | | | | (616) 242-6979 |
| Human Resources | Michael | Dennis | Director of Human Resources | mdennis@kentcountyroads.net | (616) 242-6937 |
| Human Resources | Beth | Nanzer | HR Generalist | bnanzer@kentcountyroads.net | (616) 242-1142 |
| Human Resources | Courtney | Snyder | Human Resources Coordinator | csnyder@kentcountyroads.net | (616) 242-6979 |
| Maintenance (Roads) | Steve | Roon | Director, Maintenance and Local Road Construction | sroon@kentcountyroads.net | (616) 242-6950 |
| Maintenance (Roads) | Paul | Murphy | Local Road Manager | pmurphy@kentcountyroads.net | (616) 242-6950 |
| Maintenance (Roads) | Bill | Byrne | Assistant Director, Maintenance | bbyrne@kentcountyroads.net | (616) 242-6950 |
| Maintenance (Roads) | Kris | Cassady | Administrative Specialist | kcassady@kentcountyroads.net | (616) 242-6950 |
| Managing Director's Office | Jerry | Byrne | Managing Director | jbyrne@kentcountyroads.net | (616) 242-6960 |
| Permit Department | Dave | Beck | Permit Manager | dbeck@kentcountyroads.net | (616) 242-6901 .ext 2992 |
| Permit Department | Tom | Morgan | Survey Chief | tmorgan@kentcountyroads.net | (616) 242-6901 .ext 6982 |
| Permit Department | Andrew | Reinhardt | Environmental Specialist | areinhardt@kentcountyroads.net | (616) 242-6901 .ext 6975 |
| Permits | | | | | (616) 242-6920 |
| Right of Way | L.R. | Cole, SR/WA | Right of Way Office Manager | lcole@kentcountyroads.net | (616) 242-6966 |
| Right of Way | Tim | Fennema, SR/WA, R/W-NAC | Senior Property Specialist | tfennema@kentcountyroads.net | (616) 242-6901 .ext 6941 |
| Road Maintenance | | | | | (616) 242-6950 |
| Signs, Signals and Safety | | | | | (616) 242-6923 |
| Traffic and Safety | Tim | Haagsma, P.E. | Director of Traffic and Safety | thaagsma@kentcountyroads.net | (616) 242-6936 |
| Traffic and Safety | Scott | Bocian | Sign Shop Foreman | sbocian@kentcountyroads.net | (616) 242-6901 .ext 6929 |
| Traffic and Safety | | | | | (616) 242-6923 |
| Traffic and Safety | Juan | Villarreal | Administrative Aide, Safety | jvillarreal@kentcountyroads.net | (616) 242-6901 .ext 6924 |
| Traffic and Safety | Timothy J. | Likens, P.E. | Traffic Engineer | tlikens@kentcountyroads.net | (616) 242-1149 |
| Weight Limits | | | | | (616) 336-2019 |

Showing 1 to 47 of 47

← Previous    1    Next →



© 2025 | Kent County Road Commission

**LOCATION**
1900 4 Mile Road NW, Walker, MI  49544

**Contact**
Phone: 616-242-6900
Email: info@kentcountyroads.net

**HOURS**
Mon-Fri    7:30 am - 3:30 pm
Sat-Sun    Closed

Powered by Revize    |    Login

EN ∨

**Public Parking Changes at the County-City Campus**

Visitors are encouraged to review updated parking options due to construction.

Parking Information

✕

 UPLNK   LNKTV City   Facebook   X   Instagram    English ▼



**CITY** *of* **LINCOLN**
Mayor Leirion Gaylor Baird

**City Information** | **Payments & Services** | **Transit & Parking** | **Community & Activities** | **Business & Development**

Search. Find. Transact.    [ Search ]

Home  /  City Information  /  Departments  /  Transportation and Utilities  /  Transportation  /  Maintenance Operations

# Maintenance Operations

**Maintenance Operations provides a variety of services** including street sweeping, snow and ice removal, storm sewer maintenance, pavement repair and other maintenance functions.

 **Winter Operations**
Stay informed on the status of winter operations in Lincoln, Nebraska.

 **Pothole Patching**
The City of Lincoln maintains its streets and repairs potholes all year long.

 **Crack Sealing**
Crack sealing is a routine and essential preventative maintenance practice to help extend the life of the street surface.

 **Street Sweeping**
Information about street sweeping operations in Lincoln, and a real-time map showing streets swept in the last 120 days.

 **Unpaved Alley Maintenance**
Maintenance Operations currently maintains over 1,000 blocks of unpaved alleys.

## Tim Byrne

Maintenance Operations Manager

949 W Bond St, Ste 200
Lincoln, NE 68521

**Phone**
402-441-7701

**Email**
streets@lincoln.ne.gov

### Related Links

Snowplow Tracker -
*snowfighting.lincoln.ne.gov*

Street Sweeping Map

---

## Fact Sheets

### City of Lincoln



Potholes
(PDF, 2MB)

Winter Operations
(PDF, 274KB)

De-icing
(PDF, 1MB)

### APWA



Potholes
(PDF, 197KB)

Winter Storm-fighting
(PDF, 125KB)

Brine
(PDF, 1MB)

---



**CITY** *of* **LINCOLN**

**Contact Us**

555 South 10th Street
Lincoln, NE 68508

**Connect With Us**

Like us on Facebook
Follow us on X
Follow us on Instagram
Watch us on YouTube

Site Disclaimer | Privacy/Security Policy                © 2026 City of Lincoln



**Redmond** WASHINGTON

NEWS I WANT TO... COMMUNITY BUSINESS GOVERNMENT




Home › Government › Departments & Divisions › Public Works › Meet Our Team

## Meet Our Team

Meet Our Team

About Public Works

Recycling & Waste Reduction +

Environment and Sustainability +

Infrastructure and Services +

Information for Residents +

Information for Businesses +

Streets, Concrete, and Safety +

Volunteer Opportunities

Earth Month 2026

Shoreline Master Program

*Our Mission: Public Works builds, operates, protects, and maintains the City's essential infrastructure.*

Our mission statement reflects the commitment of the dedicated and hardworking staff of the Redmond Public Works Department, who strive daily to serve the community. From ensuring safe and clean drinking water to maintaining efficient traffic flow or being a First Responder to any major man-made or natural disaster, Redmond Public Works possesses the expertise to address complex challenges and keep our infrastructure functioning for the needs of a growing city.

With 135 employees across seven divisions, our team aims to identify and resolve issues before they escalate into major problems that could impact the well-being of residents and visitors. By collaborating with other city departments, elected officials, and concerned stakeholders, Redmond Public Works develops scalable solutions for our complex urban environment.

Public Works takes great pride in the service we provide to Redmond. Let us know how we can help you.

Aaron Bert
*Public Works Director*

### Contact Us

**Public Works**
Phone: 425-556-2900
**Emergency Phone:** 425-556-2500

**Aaron Bert**
Public Works Director
Email Aaron Bert

**Report an Issue**

Use the City's request management system to report non-emergency issues, make requests, and find answers to common questions. **In case of emergency, call 911.**

Report Issue or Make Request

**Redmond POLLUTION HOTLINE**

**Report SPILLS and DUMPING**

**425-556-2868**

### Quick Links

- Utilities Strategic Plan (PDF)
- City of Redmond General Wastewater Plan Update (PDF)
- Business Resource Guide

VIEW ALL



**Chris Stenger**
Deputy Director of Environment and Utilities



**Brandon Buehler**
Interim Deputy Director of Infrastructure and Mobility



**Rob Crittenden**
City Engineer



**Aaron Moldver**
Manager
Environmental Programs and Compliance

**Ernie Fix**
Manager
Utilities Operations

**Steve Gibbs**
Manager
Capital Projects

**PUBLIC WORKS** builds, operates, protects, and maintains the City's essential infrastructure.



**Vacant**
Manager
Utilities Engineering

**Triston Osborne**
Manager
Streets and Fleet



**Paul Cho**
Manager
Traffic Operations and Engineering



**Amanda Balzer**
Manager
Policy and Planning



**Linda Keefe**
Manager
Interim Asset Performance Management

**POPULAR**

Home
Events
Jobs
Recreation Activities

**FIND**

City Council
Parks & Trails
Permits
Transportation

**REPORT / REQUEST**

Report an Issue
Request a Service
Public Record
Police Record

**HELPFUL LINKS**

ADA Program
Title VI
Website Accessibility
Website Policies

**SOCIAL MEDIA**

Facebook
X
Instagram
YouTube

**SIGN UP FOR OUR NEWSLETTER**

Your Email Address SIGN UP!



Phone: 425-556-2900 • 15670 NE 85th Street • P.O. Box 97010 • Redmond, WA 98073-9710

Select Language

Contact Us Site Map Website Feedback

# DEPARTMENT OF PUBLIC WORKS

Search

Operations ▾    Services ▾    Resources ▾    Projects ▾    MapGeo    Contact    Developments

City of Portsmouth ❯ Public Works Home ❯ Tobias Shea

# TOBIAS SHEA

Highway Foreman



 603-766-1429

✉ tmshea@portsmouthnh.gov

## DEPARTMENT OF PUBLIC WORKS

| | |
|---|---|
| **Home Office** | 680 Peverly Hill Rd, Portsmouth, NH 03801 |
| **Hours** | Monday – Friday 7:30 AM - 3:30 PM |
| **Phone** | (603) 427-1530 |
| **Fax** | (603) 427-1539 |

### Resources

Drinking Water

Forms & Permits

Click N' Fix

Contact



© 2026 - City of Portsmouth. All Rights Reserved. | Terms of Use | Disclaimer

Create a Website Account - Manage notification subscriptions, save form progress and more.

Website Sign In



Government   Services   Residents   Community   How Do I...

Search our site...

Home › Staff Directory

# Matt Morreim

**Public Works**
Title: Public Works Director
Phone: 952-960-7913
mmorreim@shorewoodmn.gov

**Return to Staff Directory**



Forms & Permits



Agendas & Minutes



Parks & Recreation



Stay Informed



Planning & Protective Inspections



Community & Event Center

## Quick Links

City Council Meeting - Zoom Link

Agendas & Minutes

City Code

Community News

Licenses & Permits

Waste & Recycling

## Site Links

Home

Site Map

Contact Us

Accessibility

Copyright Notices

Privacy Policy

## Contact Us

5755 Country Club Rd
Shorewood, MN 55331

Phone: 952-960-7900



         

 Government Websites by CivicPlus®



Create a Website Account - Manage notification subscriptions, save form progress and more.

Website Sign In

**The Town of Ledyard** *Connecticut*

Doing Business   Our Community   Our Town   Departments   How Do I...?

Search our site....

Home › Staff Directory

**▼A   A   A▲**

Roadwork Notices

Trash & Recycling

Geographic & Property Information Network

Staff Directory

CT Emergency Alerting & Notification System

Everbridge/Ledyard Alerts Opt-In/Out

Forms & Document Library

# Public Works Department

**Physical Address:**
Town Garage
889R Colonel Ledyard Hwy
Ledyard, CT 06339

**Phone:**
(860) 464-9060

**Fax:**
(860) 464-9160

E-Mail PW Director

Public Works Department Town Garage

| Staff | | | |
|---|---|---|---|
| Name | Title | Email | Phone |
| Masalin, Steve | Public Works Director | Public Works Director | (860) 464-3238 |
| Tillmann, Joseph | Highway Superintendent | Public Works Highway Superintendent | (860) 464-9060, ext. 1 |
| Rusczyk, Shawn | Building/Grounds Foreman | Building/Grounds Foreman | 860-464-9060 ext. 2 |
| Michaud, Ralph | Maintenance Foreman | Maintenance Foreman | 860-464-9060 |

**Return to Staff Directory**


**Online Payments**


**GIS**


**Agendas & Minutes**


**Explore Ledyard**


**Trash & Recycling**


**Notify Me®**


**A Town for all Seasons**

## Contact Us

741 Colonel Ledyard Highway

Ledyard, CT 06339-1511

Phone: 860-464-8740

Town Hall Hours:
Monday – Thursday 7:30 A.M. to 4:45 P.M.

Tax Collector's Office Hours:
Monday – Thursday 7:30 A.M. to 4:15 P.M.

## Quick Links

Town of Ledyard Adopted Budget

Town of Ledyard Charter

Town of Ledyard Ordinances

Town of Ledyard Street Map

Job Opportunities

## Site Links

Home

Site Map

Accessibility

Copyright Notices

   

Government Websites by CivicPlus®

Create a Website Account - Manage notification subscriptions, save form progress and more.    Website Sign In



# The Town of Ledyard Connecticut

Doing Business  Our Community  Our Town  Departments  How Do I...?

Search our site....

Home › Staff Directory

▾A  A▴

## Joseph Tillmann

[Public Works Department](#)
Title: Highway Superintendent
Phone: (860) 464-9060, ext. 1
[Public Works Department](#)
[Public Works Highway Superintendent](#)

**[Return to Staff Directory](#)**

### Left Menu

- Roadwork Notices
- Trash & Recycling
- Geographic & Property Information Network
- Staff Directory
- CT Emergency Alerting & Notification System
- Everbridge/Ledyard Alerts Opt-In/Out
- Forms & Document Library

  Online Payments

  GIS

  Agendas & Minutes

  Explore Ledyard

  Trash & Recycling

  Notify Me®



**A Town for all Seasons**

## Contact Us

741 Colonel Ledyard Highway

Ledyard, CT 06339-1511

Phone: 860-464-8740

Town Hall Hours:
Monday – Thursday 7:30 A.M. to 4:45 P.M.

Tax Collector's Office Hours:
Monday – Thursday 7:30 A.M. to 4:15 P.M.

## Quick Links

Town of Ledyard Adopted Budget

Town of Ledyard Charter

Town of Ledyard Ordinances

Town of Ledyard Street Map

Job Opportunities

## Site Links

Home

Site Map

Accessibility

Copyright Notices

  

Government Websites by CivicPlus®