# EXHIBIT C



# New football-sized sensors track weather and road conditions in Kent, Ottawa counties

By [Kayla Tucker| ktucker@mlive.com](mailto:ktucker@mlive.com)

Updated: Sep. 09, 2025, 8:52 p.m.

Published: Jan. 11, 2020, 7:41 a.m.

One of the new winter weather sensors on a sign in Kent County at the intersection of Whitneyville Avenue and 76th Street. The sensors give up-to-date weather and road conditions. (Kent County Road Commission | Photo supplied to MLive Media Group)

GRAND RAPIDS, MI -- More "eyes" are on the road this winter thanks to new pavement sensors installed in Kent and Ottawa counties.

Manufactured by Indiana-based Frost Control Systems, the sensors provide up-to-date winter road and weather conditions at the device location.

The devices – that are about the size of a football - are mounted on roadside posts and the sensors measure air temperature, road temperature, humidity and dew point.

There are 60 devices installed around Kent County in the cities of Grand Rapids, Wyoming, Walker, East Grand Rapids, Grandville and Kentwood. There are 24 devices spread out around Ottawa County.

According to Jerry Byrne, director of operations for the Kent County Road Commission, the upcoming year is being looked at as a "pilot program" for Kent County.

"There looks like there's some value, but we really need to collect the data, we need to analyze it and we need to see what the value is," Byrne said.

According to the Ottawa County Road Commission, knowing the

temperature of the road can help determine if and when to apply deicing materials, such as road salt. Knowing the air temperature and dew point can help determine if it is snowing or going to snow.

The sensors send the data back to a dashboard where an operations crew monitors the road conditions at all locations in real time.

The devices cost $2,000 each. In the future, they may be able to monitor the condition of the pavement – wet, icy or dry.

"In our world in winter maintenance, it's going to be very beneficial to our supervisors who are out on the road to let them know when the pavement is starting to ice up or when the sun starts coming out and drying the pavement off," said Ryan Kemppainen, operations superintendent for the Ottawa County Road Commission.

Other systems that do similar data gathering can become "quite costly," Kemppainen said.

The RWIS (Road Weather Information System) is used by the Michigan Department of Transportation and are more advanced with cameras and the ability to measure wind speed. Those systems, Kemppainen said, can cost up to $30,000 per device.

MDOT purchased seven of the new devices that are on a state highway in Ottawa County.

Kent and Ottawa counties paid for the new devices out of the "winter portion" of their annual budgets, which is in part funded by the state gas tax.

"One of the keys to situate these is to try not to put them all in sunny areas, to try to put them in shady areas or on bridge decks – areas where the road might freeze up first," Kemppainen said.

"We didn't really take traffic volume into account. We've got them

strategically spread out around the county... We've basically got one of these to every township."

Kemppainen said the devices are another tool in the road commission's tool belt and can work as an extra set of "eyes on the road."

"Our goal is to get that efficiency, to deploy resources efficiently to get ultimately safer roads for the motorists," added Byrne. "Obviously it's their responsibility, ultimately, behind the wheel to adjust their driving habits based on the conditions."

The device batteries are wireless and built to last about two years. Kemppainen said the company, Frost Control Solutions, will replace the batteries when needed at no cost.