**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

FROST SOLUTIONS, LLC,

        Plaintiff,

        v.

PATRICK BAGLIEN, CHRISTOPHER LAREAU,
and VUE ROBOTICS, LLC,

        Defendants.

Civ. Action No. 1:22-cv-00401-SE

**DEFENDANTS'/COUNTERCLAIM-PLAINTIFFS'
MOTION TO AMEND COUNTERCLAIMS TO ADD
SPECIFIC ALLEGATIONS ON COUNTS III AND IV**

Defendants Patrick Baglien, Christopher Lareau, and Vue Robotics, LLC (together, "Defendants" or "Counterclaim-Plaintiffs") seek leave pursuant to R. Civ. P. 15(a)(2) and Fed. R. Civ. P. 16(b)(4) to amend Counts III and IV of their Counterclaims (Doc. 100) to provide specific factual allegations that were not available at the time of filing but were obtained through discovery. In support thereof, Counterclaim-Plaintiffs state as follows:

1.      The proposed amendment addresses the Court's conclusion in its Order issued March 30, 2025 (Doc. 145, pg. 18-20) dismissing Counts III and IV for a lack of specificity.

2.      Between the filing of the amended counterclaims (Doc. 100) and the Court's March 30, 2026 Order, Counterclaim-Plaintiffs obtained in discovery information not previously available demonstrating the coordination between Plaintiff Frost Solutions, LLC ("Frost") and Traffic and Parking Control Co., Inc. ("TAPCO"). Included in that discovery was a settlement agreement between Frost and TAPCO that explicitly sets forth the plan to utilize Vue's confidential information to target specific existing and prospective customers. The settlement

agreement includes a "hit-list" of specific targets and TAPCO's explicit promise to cause those Vue customers to cease doing business with Vue and commence doing business with Frost.

3.     The proposed Second Amended Counterclaims utilizes the information recently obtained in discovery to identify the specific customers and prospective customers with which Frost interfered.

4.     Federal R. Civ. P. 16(b)(4) allows for amendment "for good cause."

5.     Federal R. Civ. P. 15(a)(2) similarly allows a party to amend a pleading with the court's leave, which "[t]he court should freely give when justice so requires." *Sig Sauer, Inc. v. Freed Designs, Inc.*, No. 14-CV-461-SM, 2017 WL 4119046, at *2 (D.N.H. Mar. 17, 2017).

6.     The proposed amendment is grounded upon information that was not in the possession of Counterclaim-Plaintiffs until it was produced by Frost and collected from a third party, TAPCO.

7.     Following the Supreme Court's holding in *Foman v. Davis*, 371 U.S. 178, 182 (1962), courts regularly grant motions to amend complaints and counterclaims after dismissing them for lack of specificity, applying the liberal amendment standard established in the Rules.

8.     Whereas discovery has already been undertaken with respect to the claims and allowing them to persist will not materially change the course of the upcoming trial, Frost will suffer no undue prejudice from allowing the proposed amendment.

9.     A separate memorandum of law is submitted herewith.

10.     A proposed Second Amended Counterclaim is filed herewith.  It provides the additional specific detail regarding Frost's unlawful interference with Vue's customers and prospective customers and therefore addresses the claimed lack of specificity.

WHEREFORE, Defendants/Counterclaim-Plaintiffs respectfully request that the Court issue an order:

A. Granting them leave to further amend their counterclaims and to file into the docket the proposed second amended counterclaim submitted with their Motion; and

B. Granting such further and additional relief as the Court deems just and equitable.

Respectfully submitted,

**PATRICK BAGLIEN, CHRISTOPHER LAREAU, AND VUE ROBOTICS, LLC,**

By their attorneys

Sheehan Phinney Bass & Green, P.A.

Dated:  April 8, 2026                    By: */s/ James P. Harris*
                                    David W. McGrath (# 9347)
                                    James P. Harris (# 15336)
                                    Ryan Lirette (# 19561)
                                    Abbygale M. Dow (# 272938)
                                    1000 Elm Street, P.O. Box 3701
                                    Manchester, NH 03105-3701
                                    603-627-8255; 603-627-8152
                                    603-627-8125; 603-627-8390
                                    dmcgrath@sheehan.com
                                    jharris@sheehan.com
                                    rlirette@sheehan.com
                                    adow@sheehan.com

## L.R. 7.1(c) CERTIFICATION

I hereby certify that prior to filing this Motion, counsel for Defendants/Counterclaim-Plaintiffs sought Plaintiff's consent.  Plaintiff, through counsel, respond that it does not assent to the relief requested herein.

Dated: April 8, 2026                    */s/ James P. Harris*
                                    James P. Harris

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically served copies of this document on all counsel of record via the Court's CM/ECF system, pursuant to Fed. R. Civ. P. 5(b)(2)(E).

Dated: April 8, 2026                          */s/ James P. Harris*
                                              James P. Harris