**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

FROST SOLUTIONS, LLC,

        Plaintiff,

v.

PATRICK BAGLIEN, CHRISTOPHER
LAREAU, and VUE ROBOTICS, LLC,

        Defendants.

Civil Action No. 1:22-cv-00401-SE

**JOINT MOTION TO EXTEND DEADLINE
TO CHALLENGE EXPERT TESTIMONY**

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and Local Rules 7.1, 7.2(a), and 16.4(a), Plaintiff

Frost Solutions, LLC, and Defendants Patrick Baglien, Christopher Lareau, and Vue Robotics,

LLC (collectively, the "Parties"), by and through their respective counsel, submit the following

Joint Motion to seek leave from the Court to extend the deadline for challenging expert

testimony.

1.      The Parties have continued to conduct discovery diligently and cooperatively.

Despite these efforts, due to scheduling conflicts and other delays, the parties have not completed

certain outstanding depositions, including the deposition of Defendants' damages expert.

2.      The deposition of Defendants' damages expert is scheduled for April 15, 2026,

which is also the current deadline for challenges to expert testimony.

3.      Moreover, Defendants only recently took the deposition of Plaintiff's damages

expert on April 7, 2026.

4.      In order to allow for both Parties to receive the transcripts and prepare their

respective motions challenging expert testimony, the Parties respectfully request that the Court

1

extend the deadline for filing challenges to expert testimony from April 15, 2026 to April 30, 2026.

5.      The proposed April 30, 2026, deadline would still allow for challenges to expert testimony to occur 45 days prior to the currently scheduled trial date.

6.      This adjusted deadline will not affect the dispositive motion deadline or any of the deadlines associated with the trial.

7.      In accordance with LR 7.1(c), the Parties' counsel have conferred in good faith, and jointly request the relief sought in this Motion.

8.      Pursuant to LR 7.1(a)(2), the Parties believe that a supporting memorandum is unnecessary because the relief requested herein is discretionary.

WHEREFORE, Plaintiff Frost Solutions, LLC and Defendants Patrick Baglien, Christopher Lareau, and Vue Robotics, LLC, through their respective counsel, respectfully request that the Court:

(A)      Grant this Joint Motion; and

(B)      Grant such other and further relief as the Court may deem just and equitable.

Dated: April 10, 2026

FROST SOLUTIONS, LLC,

By its attorneys,

*/s/ Laura L. Carroll*
Laura L. Carroll (NH Bar No. 17444)
ARENTFOX SCHIFF LLP
800 Boylston Street, 32nd Floor
Boston, MA 02199
Tel: (617) 973-6100
Email: laura.carroll@afslaw.com

Respectfully submitted,

PATRICK BAGLIEN, CHRISTOPHER LAREAU AND VUE ROBOTICS, LLC,

By their attorneys,

*/s/ Ryan P. Lirette*
David W. McGrath (NH Bar No. 9347)
James P. Harris (NH Bar No. 15336)
Ryan P. Lirette (NH Bar No. 19561)
Abbygale M. Dow (NH Bar No. 272938)
SHEEHAN PHINNEY BASS & GREEN, P.A.
1000 Elm Street, 17th Floor

2

Todd A. Rowden (admitted *pro hac vice*)
James L. Oakley (admitted *pro hac vice*)
T. Hudson Cross, IV (admitted *pro hac vice*)
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
Tel: (312) 527-4000
Email: trowden@taftlaw.com
Email: joakley@taftlaw.com
Email: hcross@taftlaw.com

Amir R. Tahmassebi (admitted *pro hac vice*)
KONICEK & DILLON, P.C.
70 West Madison Street, Suite 2060
Chicago, IL 60602
Tel: (312) 328-9166
Email: amir@konicekdillonlaw.com

Manchester, NH 03101
Tel: (603) 627-8255
Email: dmcgrath@sheehan.com
Email: jharris@sheehan.com
Email: rlirette@sheehan.com
Email: adow@sheehan.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically served copies of the foregoing on all counsel of record via the Court's CM/ECF system.

Dated:  April 10, 2026

*/s/ Ryan P. Lirette*
Ryan P. Lirette