# **<u>EXHIBIT A</u>**



**Corporate Headquarters**
17165 West Glendale Drive
New Berlin, WI 53151

**Professional Services**
1841 North Prospect Ave
Milwaukee, WI  53202

# FINDINGS REPORT

**REPORT DATE:**    September 30, 2025

**PREPARED BY:**    Digital Intelligence
Vaidhyanathan Swaminathan, Senior Forensic Examiner

**CASE NUMBER:**    D22-3755

## CASE BACKGROUND

Digital Intelligence was retained by Taft Stettinius & Hollister LLP, counsel for Frost Solutions, LLC ("Frost Solutions"), to conduct a forensic examination of digital devices and accounts associated with Patrick Baglien, Christopher Lareau, and Cory Moore, all of whom separated from Frost Control Systems, Inc. ("FCSI") toward the end of 2021. It is my understanding that Frost Solutions acquired certain assets of FCSI in mid-2022.

The scope of the forensic examination included, but was not limited to, the analysis of potential data exfiltration, deletion, and unauthorized downloads involving data belonging to FCSI. Particular attention in this report is given to the forensic analysis of the HubSpot account previously used by Mr. Baglien, Mr. Lareau, and Mr. Moore, which was tied to FCSI.

I am a Senior Forensic Examiner at Digital Intelligence. I received my Master of Science in Cybersecurity Engineering from the University of Southern California. I am a GIAC Certified Forensic Examiner ("GCFE"), Magnet Certified Forensics Examiner ("MCFE"), and a Magnet Certified Mac Examiner ("MCME"). Since my employment with Digital Intelligence, I have conducted forensic examination and analysis of computers, mobile devices, and email environments, including remediation, in more than 250 cases. Attached as Exhibit A is a copy of my curriculum vitae.

## ANALYSIS & FINDINGS

### HubSpot User Accounts

Frost Solutions provided Digital Intelligence with necessary access to FCSI's HubSpot portal, which is the online platform used to manage customer relationships, marketing activities, and sales data. HubSpot stores important business information such as customer contact details, communication history, sales opportunities, support tickets, and marketing materials. Once connected to the FCSI HubSpot account, I examined the list of user accounts and identified that

1

the accounts used by Patrick Baglien (pbaglien@frostcontrolsys.com) and Cory Moore (cmoore@frostcontrolsys.com) each had "Super Admin" privileges. As Super Admins, they had full access to all tools, data, and settings within the organization's HubSpot account.[1] This included the ability to view, edit, export, and delete CRM records such as contacts, companies, deals, and tickets. They also had the authority to manage users, assign or revoke permissions, configure account settings, integrate third-party applications, and modify workflows, forms, and marketing assets. Additionally, they had access to upload, download, or delete files stored within the account. Given the breadth of these permissions, Super Admins could take actions such as exporting sensitive customer data, deleting records, altering ownership of deals or contacts, disabling user accounts, or modifying data flows through integrations.

At the time Digital Intelligence accessed FCSI's HubSpot portal, I did not identify an active user account for Christopher Lareau within the "Users & Teams" section under the "Account Setup" category of the HubSpot portal, indicating that his account had been deleted. However, when reviewing HubSpot's audit logs, I observed multiple entries where the user was listed as "user removed." By hovering over those entries, I was able to view the original user's email address, which confirmed that these entries were associated with clareau@frostcontrolsys.com. Therefore, while Lareau's account had been deleted from the active user list, the audit logs retained historical information about actions he performed while the account was active. Furthermore, all user accounts associated with the frostcontrolsys.com domain were deactivated at the time Digital Intelligence was granted access to the portal.

**HubSpot Audit Logs**

I then examined the "Import & Export" section under the "Data Management" category within the FCSI HubSpot portal, which contains an audit log of reports generated and downloaded by users. This audit includes the date and time the report was generated, the date and time it was downloaded, the user account associated with each action, and the IP address of the device used to perform the download.

At that time, HubSpot did not provide an option to directly export this audit log. As a result, I manually transcribed the relevant information as displayed within the HubSpot interface into an Excel spreadsheet, which is attached hereto as Exhibit B. The only exception is Column H ("GEO LOCATION (Based on IP Address)"), which I populated using publicly available open-source geolocation tools, based on the IP addresses listed in the audit log.[2]

Analysis of the audit logs indicate the following:

- **Patrick Baglien** (pbaglien@frostcontrolsys.com) generated a total of 79 reports between September 30, 2019, and October 11, 2021, generating an estimated 16,467 records. Of these,

---

[1] https://knowledge.hubspot.com/user-management/hubspot-user-permissions-guide#:~:text=Super%20Admin%20permissions%20give%20access,%2C%20Sales%2C%20or%20Service%20seat.

[2] Please note that IP-based geolocation data may not always be precise. It typically reflects an approximate location based on the registered information of the IP address, which may correspond to an internet service provider (ISP) location rather than the user's physical address.

8,897 records were generated prior to August 6, 2021, and 7,570 records were generated on or after that date. The user generated 12 reports on or after August 6, 2021, of which 10 were downloaded on the same day they were generated. More specifically, Mr. Baglien generated and downloaded the following reports:

- o On September 8, 2021, he generated and downloaded the report "All deals" twice, with each report containing 216 records.
- o On September 21, 2021, he generated and downloaded the report "All deals" containing 265 records.
- o On September 27, 2021, he generated and downloaded the report "All deals" containing 272 records.
- o On September 29, 2021, he generated and downloaded the report "My Export" containing 209 records.
- o On October 11, 2021, he generated and downloaded the report "All deals" containing 284 records.

The reports generated throughout the full period included "All deals" (68 reports), as well as others such as "My Export," "All contacts," "All companies," and "Deal closed totals vs. goal." Download activity was associated with several distinct IP addresses, indicating that reports were likely accessed from more than one physical or network location.

- • **Cory Moore** (cmoore@frostcontrolsys.com) generated one report on January 7, 2021, and nine reports on or after September 15, 2021, generating approximately 1,405 records. A total of 1,243 records generated on or after September 15, 2021. Of the 9 reports generated after September 15, 2021, seven were downloaded on the same day they were generated. All reports generated across the full timeframe were titled "All deals." The downloads from this account were linked to a variety of IP addresses, suggesting access from multiple locations or devices.

- • **Christopher Lareau** (clareau@frostcontrolsys.com) generated 22 reports between September 28, 2020, and September 25, 2021, exporting a total of 24,080 records—16,775 records before September 25, 2021, and 7,305 records afterward. All 4 reports generated on September 25, 2021, were downloaded on the same day they were generated. More specifically, Mr. Lareau generated and downloaded the following reports:

- o On September 25, 2021, he generated and downloaded the report "All contacts" containing 7,033 records.
- o On the same day, he generated and downloaded the report "All deals" three times, with each export containing 25, 17, and 230 records, respectively.

The types of reports generated during the full period included "All deals," "My deals," "Custom Report," "All contacts," "New deals created," and "Activity leaderboard by rep with type breakdown." As with the other accounts, downloads were performed from several different IP addresses, again suggesting access from more than one network or device.

## **HubSpot Report Reconstruction**

It is important to note that HubSpot automatically deletes reports from the platform 30 days after they are generated. As a result, the original content of the exported reports is no longer recoverable from the HubSpot portal itself. To reconstruct what each export contained, I exported all records and timestamps from the Deals and Contacts objects and then filtered those full datasets based on the record creation and modification timestamps to recreate what might have been included in the following exports:

- All contacts report generated and downloaded by clareau@frostcontrolsys.com on September 25, 2021 (Exhibit C)
- All deals report generated and downloaded by clareau@frostcontrolsys.com on September 25, 2021 (Exhibit D)
- All deals report generated and downloaded by pbaglien@frostcontrolsys.com on August 7, 2021 (Exhibit E)
- All deals report generated and downloaded by pbaglien@frostcontrolsys.com on August 8, 2021 (Exhibit F)
- All deals report generated and downloaded by pbaglien@frostcontrolsys.com on August 11, 2021 (Exhibit G)
- All deals report generated and downloaded by pbaglien@frostcontrolsys.com on September 8, 2021 (Exhibit H)
- All deals report generated and downloaded by pbaglien@frostcontrolsys.com on September 21, 2021 (Exhibit I)
- All deals report generated and downloaded by pbaglien@frostcontrolsys.com on September 27, 2021 (Exhibit J)
- All deals report generated and downloaded by pbaglien@frostcontrolsys.com on October 11, 2021 (Exhibit K)

While this method reliably shows which records would have appeared in those exports, the only way to confirm the exact field-order, sorting, or whether someone exfiltrated the file (e.g., emailed it or uploaded it elsewhere) is through forensic analysis of the download activity on the users' devices at those points in time.

Vaidhyanathan Swaminathan

**END OF REPORT**

4