**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| FROST SOLUTIONS, LLC,<br><br>       Plaintiff,<br><br>v.<br><br>PATRICK BAGLIEN, CHRISTOPHER LAREAU, and VUE ROBOTICS, LLC,<br><br>       Defendants. | Civil Action No. 1:22-cv-00401-SE |

**MOTION FOR STATUS CONFERENCE**

Defendants Patrick Baglien, Christopher Lareau, and Vue Robotics, LLC (collectively, the "Defendants"), by and through their counsel, submit the following Motion For Status Conference. In support, Defendants state the following:

1. Trial in this matter is scheduled for the trial period beginning on June 16, 2026.

2. On February 13, 2026, Defendants filed a motion to continue the trial date based, in part, on certain discovery remaining in the case despite the parties' best efforts to diligently complete discovery. *See* Doc. No. 112. Plaintiff objected. *See* Doc. 122. That motion is pending.

3. On February 17, 2026, the parties filed four motions for summary judgment. *See* Doc. Nos. 113, 115-117. Briefing on those motions was completed on April 1, 2026. Doc. No. 147. The resolution of the motions for summary judgment could significantly limit and/or alter the issues needing resolution at trial.

4. On March 30, 2026, the Court granted, in part, Plaintiff's Motion to Dismiss Defendants' counterclaims, concluding that Defendants had failed to adequately allege Counts

1

III and IV for tortious interference with customers and prospective customers.  Doc. No. 145. On April 8, 2026, Defendants moved to amend their counterclaims to allege additional details supporting Counts III and IV.  Doc. No. 148.  That motion is pending,[1] and the resolution of it could alter the issues needing resolution at trial.

5.      Given the issues remaining to be decided, and the substantial amount of work anticipated for the parties to prepare for trial, Defendants request a conference to discuss the status of the case and the scheduling of trial.

6.      Such a conference would also be an opportune time to schedule oral argument on any pending motions, should the Court be inclined to hold such arguments.

7.      Defendants have requested Plaintiff's assent to this Motion.  Plaintiff does not assent to the relief requested in this Motion.

WHEREFORE, Defendants Patrick Baglien, Christopher Lareau, and Vue Robotics, LLC, through their respective counsel, respectfully request that the Court:

(A)      Grant this Motion and schedule a status conference; and

(B)      Grant such other and further relief as the Court may deem just and equitable.

Dated: April 23, 2026

Respectfully submitted,

PATRICK BAGLIEN, CHRISTOPHER LAREAU AND VUE ROBOTICS, LLC,

By their attorneys,

/s/ Ryan P. Lirette
David W. McGrath (NH Bar No. 9347)
James P. Harris (NH Bar No. 15336)

---

[1] Defendants anticipate filing a reply in support of their Motion to Amend on or before the April 29, 2026 deadline to reply to Plaintiff's Objection.  See Doc. No. 151.

Ryan P. Lirette (NH Bar No. 19561)
Abbygale M. Dow (NH Bar No. 272938)
SHEEHAN PHINNEY BASS & GREEN, P.A.
1000 Elm Street, 17th Floor
Manchester, NH 03101
Tel: (603) 627-8255
Email: dmcgrath@sheehan.com
Email: jharris@sheehan.com
Email: rlirette@sheehan.com
Email: adow@sheehan.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically served copies of the foregoing on all counsel of record via the Court's CM/ECF system.

Dated:  April 23, 2026                 /s/ Ryan P. Lirette
                                       Ryan P. Lirette